B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oakridge Golf Club, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **01-0583750** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2800 Diamond Oaks Drive**<br>**Garland, TX**<br>ZIP CODE **75044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**11512 El Camino Real, Suite 120**<br>**San Diego, CA**<br>ZIP CODE **92130** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☑ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Oakridge Golf Club, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**Shores Properties, L.P.** | Case Number:<br>**10-34904** | Date Filed:<br>**7/12/2010** |
| District:<br>**Northern District of Texas** | Relationship:<br>**Company** | Judge:<br>**Stacey G. Jernigan** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Oakridge Golf Club, L.P.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** */s/ Joyce Lindauer*
_____

**Joyce Lindauer**          Bar No. **21555700**

**Joyce W. Lindauer**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, TX 75231**

Phone No.**(972) 503-4033**        Fax No.**(972) 503-4034**

10/13/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Oakridge Golf Club, L.P.**

**X** */s/ Jeff Silverstein*
_____
Signature of Authorized Individual

**Jeff Silverstein**
_____
Printed Name of Authorized Individual

**General Partner**
_____
Title of Authorized Individual

**10/13/2010**
_____
Date

Address
_____
**X**_____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN RE:   **Oakridge Golf Club, L.P.**                                    CASE NO

                                                                          CHAPTER     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                         |              |
|---------------------------------------------------------|--------------|
| For legal services, I have agreed to accept:            | **$10,000.00** |
| Prior to the filing of this statement I have received:  | **$5,000.00**  |
| Balance Due:                                            | **$5,000.00**  |

2.  The source of the compensation paid to me was:
    ☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor                    ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __10/13/2010__                        | **/s/ Joyce Lindauer**                          |
|---------------------------------------|-------------------------------------------------|
| *Date*                                | *Joyce Lindauer*                 Bar No.  21555700 |
|                                       | Joyce W. Lindauer                               |
|                                       | 8140 Walnut Hill Lane                           |
|                                       | Suite 301                                       |
|                                       | Dallas, TX 75231                                |
|                                       | Phone: (972) 503-4033 / Fax: (972) 503-4034     |

---

  __/s/ Jeff Silverstein__

**Jeff Silverstein**
**General Partner**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Oakridge Golf Club, L.P.**                        CASE NO

                                                           CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/13/2010 _____        Signature  _/s/ Jeff Silverstein_____
                                                       _Jeff Silverstein_
                                                       _General Partner_

Date _____        Signature _____

ADDISON LAW FIRM
14901 QUORUM DRIVE
SUITE 650
DALLAS, TX 75240


ADMIRAL LINEN & UNIFORM SVC
1340 E. BERRY ST.
FORT WORTH, TX 76119


ADRIAN HERNANDEZ
2305 CLEARHAVEN
GARLAND, TX 75040


ALEX COLES
3620 CLUBVIEW DRIVE
GARLAND, TX 75044


ALLEGRA PRINT & IMAGING
1300 S PARK AVE
SUITE 110
TUCSON, AZ 85713


AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-8000


AMERICAN ICE MACHINES
2616 WHITE SETTLEMENT RD.
FORT WORTH, TX 76107


AMY MACKEY
2906 KINGSWOOD
GARLAND, TX 75040


ANA IBARRA
1401 TRAVIS ST
GARLAND, TX 75042

```
ANTHONY HOPES
1334 MILLWOOD LANE
GARLAND, TX 75040


AOUTHERNWIND POOLS, INC.
11837 JUDD CT.  #118
DALLAS, TX 75243


APM ELECTRIC
2654 COUNTY ROAD 596
NEVADA, TX 75173


ARIZONA NATIONAL
9777 E SABINO GREENS DRIVE
TUCSON, AZ 85749


ATLAS PEN & PENCIL CORP.
PO BOX 553673
DETROIT, MI 48255-3673


ATMOS ENERGY
1820 E. SKY HARBOR CIRCLE SOUT
PHOENIX, AZ 85034


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


BANK OF AMERICA
Bankruptcy Services
95 James Way Ste. 113
Southampton, PA 18966


BEARCOM
PO BOX 200600
DALLAS, TX 75320
```

BIONIC GLOVES TECHNOLOGY
800 W. MAIN ST.
LOUISVILLE, KY 40202


BIRKDALE GOLF CLUB
16500 BIRKDALE COMMONS PARKWAY
HUNTERSVILLE, NC 28078


BIZZY BEES PEST CONTROL
PO BOX 12847
AUSTIN, TX 78711-2847


CANOA HILLS GOLF CLUB
1401 CALLE URBANO
GREEN VALLEY, AZ 85622


CHARLOTTE GOLF LINKS
11500 PROVIDENCE ROAD
CHARLOTTE, NC 28277


CHRISTIAN MCLEMORE
118 TEAKWOOD
ROCKWALL, TX 75087


City of Garland
500 W. State St.
Garland, TX 75044


CITY OF GARLAND TAX DIVISION
P.O. Box 462010
GARLAND, TX 75046-2010


CLEVELAND GOLF
PO BOX 7270
NEW PORT BEACH, CA 92658-7270

```
COLONIAL COUNTRY CLUB
3735 COUNTRY CLUB CIRCLE
FORT WORTH, TX 76109-1099


Comptroller of Public Accts
Rev Acct Div/Bankruptcy Sec
PO Box 13528
Austin, TX 78711


CORPORATE EXPRESS
P.O. BOX 71217
CHICAGO, IL 60694-1217


CORPORATE GREEN, INC.
PO BOX 820725
DALLAS, TX 75382-0725


CT CORPORATION SYSTEM
1250 Fourth St
Suite 550
SANTA MONICA, CA 90401


CURTIS MAYFIELD
3111 HARLANDALE
DALLAS, TX 75216


CYBERNETICS, L. P.
P O BOX 2017
WYLIE, TX 75098-2017


DALL FORT WORTH GOLF MAP
PO BOX 535068
GRAND PRARIE, TX 75053


DALLAS ATHLETIC CLUB
P O BOX 7247
DALLAS, TX 75209
```

Dallas County Tax Office John R Ames CTA
500 Elm St.,
Dallas, TX 75202


DALLAS NATIONAL GOLF CLUB
1515 KNOXVILLE ST.
DALLAS, TX 75211


DALLAS OBSERVER
PO BOX
P.O.BOX 190289
DALLAS, TX 75219


DALLAS SECURITY SYSTEMS, INC
10731 Rockwall Road
Dallas, TX 75238


DARLING INTERNATIONAL INC
PO BOX 552210
DETROIT, MI 48255-2210


DAVID MILLER
1312 MAPLE
GARLAND, TX 75040


DEL MAR DISPOSAL CO., INC.
8508 C.F. HAWN FREEWAY
DALLAS, TX 75217


DHL EXPRESS
PO BOX 4723
HOUSTON, TX 77210-4723


DIRECTV
P.O. Box 78626
Phoenix, AZ 85062-8626

DOUBLE CREEKS (THE GOLF CLUB AT TWIN CRE
501 TWIN CREEKS DRIVE
ALLEN, TX 75013


DR. PEPPER
PO BOX 910433
DALLAS, TX 75391-0433


EASTERN PACIFIC APPAREL INC
PO BOX 72
BRATTLEBORO, VT 05302-0072


ECOLAB
P O BOX 9658
MINNEAPOLIS, MN 55440


EDWARD WHITE & CO LLP
21700 OXNARD ST
WOODLAND HILLS, CA 91367


ELDORADO COUNTRY CLUB
2604 COUNTRY CLUB DRIVE
MCKINNEY, TX 75070


ENVIRONMENTAL TECHNIQUES CORPORATION
2809 INDUSTRIAL LANE
GARLAND, TX 75041-2337


FINTECH SIGELS
2960 ANODE LANE
DALLAS, TX 75220


FOLEY & LARDNER LLP
ONE CENTURY PLAZA
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067-3021

FOOTJOY ACUSHNT COMPAY
P O BOX 88111
CHICAGO, IL 60695-1111


FORE-PAR
7650 STAGE ROAD
BUENA PARK, CA 90621


GAIL'S FLAGS & GOLF COURSE ACC. INC
P O BOX 14186
FT WORTH, TX 76117


GARLAND GLASS & MIRROR
310 GAUTNEY ST
GARLAND, TX 75040


GARLAND INDEPENDENT SCHOOL DISTRICT
PO BOX 461407
GARLAND, TEXAS 75046-1407


GOLF DESIGN SCORECARDS UNLIMITED
670 LAKEVIEW PLAZA SUITE N.
WORTHINGTON, OH 43085


GOLF SOLUTIONS I, LLC
1941 DANA DR.
FORT MYERS, FL 33907


GOLF VENTURESWEST
8331 W. SHERMAN ST
TOLLESON, AZ 85353


GOLFSTREAM SHOES
1941 DANA DR.
FORT MYERS, FL 33907

```
GORDON & REES, LLP
275 BATTERY ST.  20TH FLOOR
SAN FRANCISCO, CA 94111


GUMARO ARIAS TOVAR
2206 PARKSIDE
MESQUITE, TX 75150


HACKBERRY CREEK
1901 W. ROYAL LANE
IRVING, TX 75063


HIGHLAND CREEK GOLF CLUB
7101 HIGHLAND CREEK PARKWAY
CHARLOTTE, NC 28269


HILLCREST BANK
5800 E BANNISTER ROAD  #125
KANSAS CITY, MO 64134


IAN GILLIAND
8573 SOUTHWESTERN BLVD
DALLAS, TX 75206


IDEA ART
P.O. BOX 291505
NASHVILLE, TN 37229-1505


IN THE SWIM
320 INDUSTRIAL DR.
WEST CHICAGO, IL 60185


INFO-HOLD, INC.
4120 Airport Road
Cincinnati, Ohio 45226
```

INGERSOLL RAND FINANCIAL SVC

INTEGRATED BUSINESS SYSTEMS, INC
12201 GAYTON RD
# 100
RICHMOND, VA 23238

Internal Revenue Service
PO Box 409101
Ogden, UT 84409

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

IRI GOLF MANAGEMENT
11512 EL CAMINO REAL
SUITE 120
SAN DIEGO, CA 92130

IRI SABINO SPRINGS (ARIZONA NATIONAL)
9777 E SABINO GREENS DRIVE
TUCSON, AZ 85749

JACK MIKE LOUDDER
7409 ARBORSIDE
ROWLETT, TX 75089

JASON BOTTOMS
4405 SAN MATEO LN
MCKINNEY, TX 75070

JEFF SILVERSTEIN
PO BOX 457
HUDSON, NY 12534


JERRY CRYER
7414 WINDMILL LANE
GARLAND, TX 75044


JUAN PABLO OLIVA
311 EDGEHILL BLVD
RICHARDSON, TX 75081


Ketter Fire Protection, LLC.
10351 Olympic Dr.
Dallas, TX 75220-4437


KOREAN JOURNAL DALLAS
2550 ROYAL LN.  STE 203
DALLAS, TX 75229


LABARRE/OKSNEE INSURANCE
30 ENTERPRISE
#180
ALISO VIEJO, CA 92656


LAKEWOOD COUNTRY CLUB
6430 GASTON AVE
DALLAS, TX 75214


LAS COLINAS COUNTRY CLUB
4400 NORTH O'CONNOR ROAD
IRVING, TX 75062


LEOPOLDO CARDONA
1718 CRAWFORD
GARLAND, TX 75041

```
LETCO GROUP
PO BOX 140217
IRVING, TX 75014-0217


LOGIX COMMUNICATIONS
15301 Spectrum Drive, Suite 330
Dallas, TX 75001


MARIA DEL C GONZALEZ
1801 EL DORADO
GARLAND, TX 75042


MARIA MOLINA
4328 IRELAND
THE COLONY, TX 75056


MARIA R AZCONA HERNANDEZ
711 VISTA ST
GARLAND, TX 75041


MARK COMBS
7458 E. NW HIGHWAY
DALLAS, TX 75231


MERCHANT ADVANCE FUNDING



METRO LINEN SERVICE
PO Box 978
McKinney, TX 75070


MIGUEL'S ICE DESIGN- MIGUEL RUYNA
1014 MAYDELLE LANE
GARLAND, TX 75042
```

```
MIRA VISTA GOLF CLUB
6600 MIRA VISTA BLVD.
FT. WORTH, TX 76132


NEESE MATERIALS INC.
1919 SOUTH SHILOH RD.  #312
LB 2
GARLAND, TX 75042


NEW HOMEOWNERS SERVICES
PO BOX 14400
COLUMBUS, OH 43214


NIKE
P O BOX 847648
DALLAS, TX 75284-7648


NP CENTURION FINANCIAL
11512 EL CAMINO REAL
SUITE 120
SAN DIEGO, CA 92130


NP CENTURION FINANCIAL
1250 4TH ST STE 550
SANTA MONICA, CA 90401


OFELIA SALINAS
321 COTTONWOOD DR
RICHARDSON, TX 75080


ORBIT ENTERPRISES, INC.
13024 BEVERLY PARK RD.
#102
MUKILTEO, WA 98275


PGA BANK OF AMERICA *7301
PO BOX 15019
WILMINGTON, DE 19886-5019
```

PITNEY BOWES POSTAGE BY PHONE
PO BOX 856042
LOUISVILLE, KY 40285-6042


PRESTONWOOD COUNTRY CLUB
P O BOX 796607
DALLAS, TX 75379


RAVEN AT SOUTH MOUNTAIN
3636 E. BASELINE ROAD
PHOENIX, AZ 85042


REAL ESTATE TAX CONSULTANTS
3325 SILVERSTONE DRIVE
PLANO, TX 75023


REGAL CHEMICAL COMPANY
PO BOX 900
ALPHARETTA, GA 30009


RELIABLE OFFICE SUPPLIES
8001 INNOVATION WAY
CHICAGO, IL 60682-0080


ROBERT DOUCETTE
1821 MADELINE ST #125
WYLIE, TX 75098


ROYAL OAKS COUNTRY CLUB
7915 GREENVILLE AVENUE
DALLAS, TX 75231


RUFUS GIRTY
PO BOX 495422
GARLAND, TX 75049

```
SAMUEL ANTONY
305 WOODED TRAIL
ROCKWALL, TX 75087


SAN ANGELO COUNTRY CLUB INC.
1609 COUNTRY CLUB ROAD
SAN ANGELO, TX 76904


SESAC,  INC.
55 MUSIC SQUARE EAST
NASHVILLE, TN 37203


SHUPING SUPERIOR GRAPHICS, INC.
PO BOX 1125
SALISBURY, NC 28145-1125


SKYBROOK GOLF CLUB
14720 NORTHGREEN DRIVE
HUNTERSVILLE, NC 28078


SOUTHERN MAID DONUTS
3615 Cavalier Drive
Garland, TX 75042-7504


SOUTHWASTE DISPOSAL
PO BOX 1125
SALISBURY, NC 28145-1125


SRIXON SPORTS USA
PO BOX 933534
ATLANTA, GA. 31193-3534


STRACKA DESIGN COMPANY, LLC
12337 JONES RD.  #311
HOUSTON, TX 77070
```

SUN WILLOWS GOLF COURSE
2535 N 20TH AVENUE
PASCO, WA 99301


SWISHER HYGIENE FRANCHISE CORP
4725 Piedmont Row Drive
Suite 400
Charlotte, NC 28210


SYSCO FOOD SERVICES
800 TRENITY DRIVE
LEWISVILLE, TX 75056


TECHNICAL CONSULTING SERVICES
3401 CUSTER ROAD.  #133
PLANO, TX 75023-7533


TEHAMA
550 SOUTH WADSWORTH BLV
SUITE 200
LAKEWOOD, CO 80226


TEXAS GOLF ASSOCATION
2909 COLE AVE
SUITE 305
DALLAS, TX 75204


TEXAS LAND FINANCE COMPANY II
4201 SPRING VALLEY RD.  #1102
DALLAS, TX 75244


Texas Workforce Commission
PO Box 149037
Austin, Texas 78714-9037


Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778

```
TEXTRON FINANCIAL CORPORATION
DEPT. AT 40219
ATLANTA, GA 31192-0219


THE DALLAS MORNING NEWS
P O BOX 660040
DALLAS, TX 75266-0040


THE DIVIDE GOLF CLUB
6803 STEVENS MILL RD
MATTHEWS, NC 28104


THE GARLAND NEWS, LLC
1621 S JUPITER STE 103 I
GARLAND, TX 75042


THE WATERFORD GOLF CLUB
1900 CLUBHOUSE ROAD
ROCKHILL, SC 29730


THOMAS PHAM
2518 COVINGTON
GARLAND, TX 75040


THORNTREE COUNTRY CLUB
825 WEST WINTERGREEN ROAD
DE SOTO, TX 75115


TMAX
PO BOX 360286
PITTSBURGH, PA 15250-6286


TURFCARE OF TEXAS
PO BOX 2034
FRISCO, TX 75034
```

TWIN CREEKS
501 Twin Creeks Dr
Allen, TX 75013


TYLER HANSON
1606 HOMESTEAD PL
GARLAND, TX 75044


U. S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


UNITED STATES GOLF ASSOC INC
P O BOX 5000
FAR HILLS, NJ 07931-0708


VALERIANO PANTOJA
1002 GREEN COVE DRIVE
GARLAND, TX 75040


VANOY TIDROW
3220 RUIDOSO
DALLAS, TX 75228


VISA9399


VITEC ONLINE
PO BOX 678287
DALLAS, TX 75267

WATSON DISTRIBUTING
2393 TELLER ROAD
SUITE 105
NEWBURY PARK, CA 91320


WELLS FARGO *3663
WELLS FARGO CARD SERVICES
PO BOX 30086
CA, 90030-0086


WHITE FILTER INC.
PO BOX 940034
PLANO, TX 75094-0034


WILDCAT GARAGE DOORS
1000 EAST 14TH ST SUITE 247
PLANO, TX 75074


WILIAN MOISES SANCHEZ
1901 E. 15TH ST #108
PLANO, TX 75074


WILLIAM WELLER
905 SUNPOINT CIR
ROCKWALL, TX 75087


WJ DISTRIBUTING
2534 CREIGHTON DRIVE
GARLAND, TX 75044


WORLDWIDE EXPRESS PHOENIX
PO BOX 457
HUDSON, NY 12534


ZACHARY ROTHSCHILD
877 DUBLIN DRIVE #D
RICHARDSON, TX 75080

ZULMA IBARRA
1401 TRAVIS ST
GARLAND, TX 75042