Samuel M. Stricklin (State Bar No. 19397050)
Brian C. Mitchell (State Bar No. 24046452)
Bracewell and Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 468-3800
Facsimile: (214) 468-3888
Email: brian.mitchell@bgllp.com

Attorneys for Hillcrest Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **OAKRIDGE GOLF CLUB, L.P.** | § | |
| | § | |
| | § | |
| **Debtor.** | § | **CASE NO. 10-37258-HDH11** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Bracewell & Giuliani LLP, attorneys for Hillcrest Bank ("Hillcrest"), requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following address, email address, telephone and facsimile numbers:

Samuel M. Stricklin
sam.stricklin@bgllp.com
Brian C. Mitchell
brian.mitchell@bgllp.com
BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711.
Telephone:  (214) 468-3800
Facsimile:  (214) 468-3888

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading, plan, plan disclosure statement or request, whether formal or informal, written or oral,

and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise, filed with regard to the above-referenced case and all proceedings therein.

Dated: October 15, 2010.

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP

        By: */s/ Brian C. Mitchell*
           Samuel M. Stricklin
           State Bar No. 19397050
           Brian C. Mitchell
           State Bar No. 24046452

        1445 Ross Avenue Suite 3800
        Dallas, TX 75202-2711
        Telephone: (214) 468-3800
        Facsimile: (214) 468-3888
        sam.stricklin@bgllp.com
        brian.mitchell@bgllp.com

        ATTORNEYS FOR HILLCREST BANK

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system, on the 15th day of October, 2010.

        */s/ Brian C. Mitchell*
        Brian C. Mitchell