UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-37258-11 |
| OAKRIDGE GOLF CLUB, LP | § | |
| DEBTORS(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Telephone: (214) 880-0089
Facsimile: (469) 221-5002
Email: dallas.bankruptcy@publicans.com

By: */s/ Elizabeth Weller*
Elizabeth Weller    SBN: 00785514

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

JOYCE W. LINDAUER           TRUSTEE (DALLAS)
8140 WALNUT HILL LN, STE 301    1100 COMMERCE ST RM 976
DALLAS, TX 75231            DALLAS, TX 75242-1496

Dated this 19th day of October, 2010                */s/ Elizabeth Weller*
                                    Elizabeth Weller