B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Oakridge Golf Club, L.P.**                                    Case No.  **10-37258**

                                                                         Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HILLCREST BANK<br>5800 E BANNISTER ROAD #125<br>KANSAS CITY, MO 64134 | | Real Property | | $3,957,332.09<br>Value: $1,730,000.00 |
| NP CENTURION FINANCIAL<br>1250 4TH ST STE 550<br>SANTA MONICA, CA 90401 | | | | $373,000.00 |
| TEXAS LAND FINANCE COMPANY II<br>4201 SPRING VALLEY RD. # 1102<br>DALLAS, TX 75244 | | Real Property | | $294,462.00<br>Value: $0.00 |
| TEXTRON FINANCIAL CORPORATION<br>DEPT. AT 40219<br>ATLANTA, GA 31192-0219 | | Real Property | | $124,288.17<br>Value: $0.00 |
| Internal Revenue Service<br>PO Box 409101<br>Ogden, UT 84409 | | 941 Taxes | | $89,241.94 |
| IRI GOLF MANAGEMENT<br>11512 EL CAMINO REAL<br>SUITE 120<br>SAN DIEGO, CA 92130 | | Business debt | | $65,743.56 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Oakridge Golf Club, L.P.**                                           Case No.   **10-37258**

                                                                                Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NP CENTURION FINANCIAL<br>11512 EL CAMINO REAL<br>SUITE 120<br>SAN DIEGO, CA 92130 | | | | $51,273.00 |
| THE DIVIDE GOLF CLUB<br>6803 STEVENS MILL RD<br>MATTHEWS, NC 28104 | | Business debt | | $24,773.03 |
| MERCHANT ADVANCE FUNDING | | | | $22,208.22 |
| PGA BANK OF AMERICA *7301<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | | | | $20,668.23 |
| WELLS FARGO *3663<br>WELLS FARGO CARD SERVICES<br>PO BOX 30086<br>CA, 90030-0086 | | | | $15,147.50 |
| Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas 78714-9037 | | Taxes | | $13,432.00 |
| GARLAND INDEPENDENT SCHOOL DISTRICT<br>PO BOX 461407<br>GARLAND, TEXAS 75046-1407 | | Business debt | | $11,583.99 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Oakridge Golf Club, L.P.**            Case No.  **10-37258**

                                                Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JERRY CRYER<br>7414 WINDMILL LANE<br>GARLAND, TX 75044 | | Business debt | | $11,169.73 |
| City of Garland<br>500 W. State St.<br>Garland, TX 75044 | | Utilities | | $10,696.89 |
| GORDON & REES, LLP<br>275 BATTERY ST.  20TH FLOOR<br>SAN FRANCISCO, CA 94111 | | | | $9,307.90 |
| Dallas County Tax Office John R<br>Ames CTA<br>500 Elm St.,<br>Dallas, TX 75202 | | Taxes | | $7,665.34 |
| Intergrity Payment Systems, LLC<br>1700 Higgins Road<br>Suite 690<br>Des Plaines, IL 60018 | | Business debt | | $6,489.29 |
| Comptroller of Public Accts<br>Rev Acct Div/Bankruptcy Sec<br>PO Box 13528<br>Austin, TX 78711 | | Business debt | | $6,134.29 |
| JASON BOTTOMS<br>4405 SAN MATEO LN<br>MCKINNEY, TX 75070 | | Business debt | | $6,010.01 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Oakridge Golf Club, L.P.**                              Case No.  **10-37258**

                                                                  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**General Partner**_____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **10/27/2010**                              Signature:  **/s/ Jeff Silverstein**
                                                            *Jeff Silverstein*
                                                            **General Partner**