## <<GOLF CLUB>>
## FIXED ASSETS
## OFFICE / STORAGE

| Quantity | Product | Manufacturer/Series/Model | Description | Serial # | Replacement Value | Used Value |
|---|---|---|---|---|---|---|
| 11 | Chairs | Assorted Chairs | | | $ 2,000.00 | $1,000.00 |
| 4 | Computer Hardware | | | | | |
| 4 | Computer with Monitor | Dell | office computers | | $ 2,800.00 | $1,500.00 |
| 4 | File Cabinet | | | | $ 1,000.00 | $500.00 |
| 4 | Fire Extinquisher | | | | $ 200.00 | $100.00 |
| 2 | Phones | Norstar | | | $ 1,000.00 | $500.00 |
| 2 | Printer | HP printers | | | $ 500.00 | $250.00 |
| 0 | Safe | | | | | |
| 0 | Steamer | | | | $ 250.00 | $250.00 |
| 1 | Stereo Equipment | | | | $ 1,800.00 | $1,800.00 |
| 6 | Tables | | | | $ 800.00 | $800.00 |
| 1 | Work Stations | | | | | |
| | | | | | $ 10,350.00 | $6,700.00 |

## <<GOLF CLUB>>
## FIXED ASSETS
## KITCHEN

| Quantity | Product | Manufacturer/Series/Model | Serial # | Replacement Value | Used Value |
|---|---|---|---|---|---|
| 1 | Charbroiler | Southbend/ /13610 | 00NQ3091 | $ 5,000.00 | $2,000.00 |
| 1 | Computer | - | - | - | - |
| 1 | Convection Oven | Garland Argos | n/a | - | - |
| 1 | Dishwasher | Ecolab | n/a | lease | |
| 1 | File Cabinet | under $100.00 | - | $ 75.00 | $75.00 |
| 1 | Fire Extinguisher | Amerex/260 | V894621 | $ 50.00 | $25.00 |
| 2 | Fryer | southbend/14-36 | 04N030920 | $ 2,400.00 | $1,500.00 |
| 1 | Hood | n/a | n/a | $ 20,000.00 | $12,000.00 |
| 2 | Oven/Range | southbend/13346 | 00N03 | $ 14,000.00 | $7,000.00 |
| 2 | Phone | Norstar | - | $ 500.00 | $250.00 |
| 1 | Plate Dispenser | | | $ 2,500.00 | $2,500.00 |
| 1 | Prep Sink | | | $ 1,500.00 | $500.00 |
| 0 | Prep Table | | 0 | | |
| 1 | Printer - Receipt | Netgear/PS101 | 10Y256AF( | $ 200.00 | $200.00 |
| 2 | Refrigeration Unit | McCall/4020 | M16895 | $ 2,000.00 | $1,000.00 |
| | Safe | - | - | - | |
| 0 | Salamander | | | $ 3,000.00 | $1,500.00 |
| 1 | Sandwich Unit | | | | |
| | Shelves | | | | |
| | Sink | | | | |
| 1 | Slicer | Hobart/1612 | 56-057-44( | $ 700.00 | $500.00 |
| 1 | Walk-in Freezer | Kolpack/D3478 | K18096 | $ 8,000.00 | $6,000.00 |
| 1 | Walk-in Refrigerator | Kolpack/D3478 | 18096 | $ 8,000.00 | $6,000.00 |
| 1 | Warming Unit | Carter Hoffman/BB1000-4 | 324206 | $ 3,500.00 | $1,500.00 |
| 1 | Mixer | Hobart/A200 | 11-306-65( | $ 1,200.00 | $600.00 |
| | | | | $ 77,625.00 | $45,150.00 |

## <<GOLF CLUB>>
## FIXED ASSETS
## PATIO / PAVILION

| Quantity | Product | Manufacturer/Series/Model | Description | Serial # | Replacement Value | Used Value |
|---|---|---|---|---|---|---|
| 1 | Bar Stations | | portabar | | $ 500.00 | $200.00 |
| | Chair Dolley | | | | | |
| | Chairs | | | | | |
| | Scoreboard | | | | | |
| | Table Dolley | | | | | |
| | Tables | | | | $ 750.00 | $250.00 |
| 10 | Umbrellas | | pool umbrellas | | $ 1,250.00 | $450.00 |

## <<GOLF CLUB>>
## FIXED ASSETS
## RESTAURANT

| Quantity | Product | Manufacturer/Series/Model | Serial # | Replacement Value | Used Value |
|---|---|---|---|---|---|
| 1 | Bar | | | $ 15,000.00 | $7,500.00 |
| 1 | Bar Sink | | | $ 600.00 | $300.00 |
| 0 | Barstools | | 0 | | |
| 1 | Beverage Cooler | Perlick/C5064E5CUL | 243888 | $ 2,000.00 | $800.00 |
| 146 | Chairs | | | $ 18,125.00 | $10,000.00 |
| 1 | Computer with Monitor | Dell/RT7D00 | 3892C195 | $ 700.00 | $350.00 |
| 1 | Cooler | Perlick/? | | $ 2,000.00 | $1,000.00 |
| 15 total | Fire Extinguisher | | | $ 750.00 | $300.00 |
| 0 | Hand Sinks | | 0 | | |
| 2 | Keg Tap | | | $ 350.00 | $150.00 |
| 1 | Phone | Norstar/? | | $ 250.00 | $250.00 |
| 1 | Printer - Receipt | Star/SP2000 | 41711200061 | $ 200.00 | $100.00 |
| 1 | Credit Card Machine | Hypercom/T7P-T | 100000397151 | $ 200.00 | $100.00 |
| 1 | Satellite Receiver | Directv | | $ 200.00 | $100.00 |
| 0 | Shelving | | 0 | | |
| 2 | Speed Rack | | | $ 400.00 | $100.00 |
| 42 | Tables | | | $ 8,000.00 | $6,000.00 |
| 1 | TV | | | $ 2,000.00 | $500.00 |
| 1 | Water Spout/Ice Bin | | | $ 500.00 | $200.00 |
| 2 | Ice Maker | Manitowoc/C950 | 940920469 / 970521855 | $ 15,000.00 | $5,000.00 |
| 1 | Time Clock | Amano/MJR8000N | 314020566 | $ 600.00 | $300.00 |
| | | | | $ 66,875.00 | $33,050.00 |

## &lt;&lt;GOLF CLUB&gt;&gt;
## FIXED ASSETS
## CART STORAGE- LOCKER ROOM

| Quantity | Product | Manufacturer/Series/Model | Description | Replacement Value | Used Value |
|---|---|---|---|---|---|
| 1 | Ball Washer | | Golf Ball Washer | $ 1,300.00 | $500.00 |
| 0 | Dryer | | | | |
| 0 | Fire Extinguisher | | | | |
| 0 | Ice Machine | | | | |
| 1 | PA System | General Sound | PA System | $ 200.00 | $100.00 |
| 1 | PA System Speakers | General Sound | PA System | $ 300.00 | $150.00 |
| 0 | Phone | | | | |
| 0 | Pressure Washer | | | | |
| 0 | Radios | | | | |
| 0 | Range Bin | | | | |
| 9 | Rental Clubs | Mixed | Misc Clubs | $ 300.00 | NA |
| 0 | Rental Shoes | | | | |
| 1 | Shoe Shine Machine | Sutton Landis | Big, Green, Heavy | $ 3,500.00 | $2,000.00 |
| 2 | Sink | Unknown | Built in Counter | $ 600.00 | $200.00 |
| 0 | Storage Rack | | | | |
| 0 | Walk-in Refrigerator | | | | |
| 0 | Washer | | | | |
| | | | | $ 6,200.00 | $2,950.00 |

## <<GOLF CLUB>>
## FIXED ASSETS
## GOLF SHOP

| Quantity | Product | Manufacturer/Series/Model | Description | Serial # | Replacement Value | Used Value |
|---|---|---|---|---|---|---|
| 0 | Buffer | | | | | |
| 1 | Cash Drawers | unknown | POS Cash Drawer | | $300.00 | $300.00 |
| 3 | Computer | Dell | | | $2,000.00 | $500.00 |
| 1 | Credit Card Machine | Hypercom | | 3.25E+10 | $200.00 | $200.00 |
| 0 | Fax | | | | | |
| 1 | Fixtures | Assorted Clothing Fixtures | Fixtures | | $12,000.00 | $6,000.00 |
| 0 | GPS/ Handicap Computer | | | | | |
| 3 | Monitors | Dell Model E771 | 2 Dell 1 CTX | | $500 | $200.00 |
| 3 | Phone | Norstar | Norstar | | $600.00 | $400.00 |
| 2 | Printer | HP 2000 | White Printer | | $600.00 | $300.00 |
| 3 | Radio/Walkie-talkie | Motorola | Motorola | | $300.00 | $150.00 |
| 1 | Safe | A&B Safe | Safe | 53657 | $400.00 | $300.00 |
| 1 | Satellite Recievers | Direct TV | Satellite Box | na | $110.00 | $110.00 |
| 0 | Shoe Shine Equipment | | | | | |
| 0 | Steamer | | | | | |
| 0 | Stereo Equipment | | | | | |
| 1 | Televisions | Panasonic | Panasonic 17" | NA | $50.00 | $50.00 |
| 0 | VCR | | | | $17,060.00 | $8,510.00 |

## <<GOLF CLUB>> FIXED ASSETS
## CLUBHOUSE

| Quantity | Product | Manufacture/Series/Model | Replacement Value | Date Acquired | Date Released | Used Value |
|---|---|---|---|---|---|---|
| 4 | Computer | Dell | $ 2,800.00 | | | $500.00 |
| 0 | Printer | | | | | |
| 1 | Fax | | $ 150.00 | | | $50.00 |
| 1 | Copy Machine | Sharp | $ 1,000.00 | | | $500.00 |
| 1 | Postage Meter | Lanier/65401281/LD225 | $ 600.00 | | NA | |
| 1 | Timeclock | Hasler/WJ60/90B | $ 500.00 | | | $300.00 |
| 14 | Phones | Norstar | $ 3,500.00 | | | $1,500.00 |
| 3 | TV | Various Brands | $ 600.00 | | | $500.00 |
| 0 | stereo | | | | | |
| 1 | VCR | | $ 150.00 | | NA | $200.00 |
| 1 | Audio/Visual Eqipment | Zinath Projector | $ 400.00 | | | |
| | | | $ 9,700.00 | | | $3,550.00 |

Personal Property Inventory

Oakridge Country Club
Course Name

Golf Course Maintenance
Location of inventory

| Manufacturer Serial # | Manufacturer Name | Model Year | Description and Model Type | Quantity | Value | Notes / Comments | Used Value |
|---|---|---|---|---|---|---|---|
| 8800901786 | Jacobson | 2005 | Groom Master II bunker rake | 1 | lease | | |
| 6228804043 | Jacobson | 2005 | Greens King IV | 1 | lease | | |
| 6228804041 | Jacobson | 2005 | Greens King IV | 1 | lease | | |
| 6228804042 | Jacobson | 2005 | Greens King IV | 1 | lease | | |
| 3203800946 | Jacobson | 2005 | Commericial 21" | 1 | lease | | |
| 6854903636 | Jacobson | 2005 | Spiker reels | 3 | lease | | |
| 6855005520 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6855005521 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6862215606 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6862215599 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6862108744 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6862215600 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6862215605 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6862108851 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6858805798 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6858805797 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6858903927 | Jacobson | 2005 | Greens King IV Cutting unit | 1 | lease | | |
| 6794701862 | Jacobson | 2005 | LF 3800 | 1 | lease | | |
| 6785806560 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |
| 6785807040 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |
| 6785807021 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |
| 6785807035 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |
| 6785806564 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |
| 6794701863 | Jacobson | 2005 | LF 3800 | 1 | lease | | |
| 6785806557 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |
| 6785806559 | Jacobson | 2005 | Fairway cutting unit | 1 | lease | | |

| Serial | Make | Year | Description | Qty | Value |
|---|---|---|---|---|---|
| 6785806558 | Jacobson | 2005 | Fairway cutting unit | 1 | lease |
| 6785807017 | Jacobson | 2005 | Fairway cutting unit | 1 | lease |
| 6785806996 | Jacobson | 2005 | Fairway cutting unit | 1 | lease |
| 6808002085 | Jacobson | 2005 | AR 5 | 1 | lease |
| 6808002102 | Jacobson | 2005 | AR 5 | 1 | lease |
| 6704304347 | Jacobson | 2005 | Triking 1900 D | 1 | lease |
| 2306650 | Cushman | 2005 | turf truckster w/ bed | 1 | lease |
| | B & B | 2005 | 160 gal sprayer | 1 | lease |
| 2.70E+11 | Cushman | 2005 | topdresser | 1 | lease |
| 2340393 | Ezgo | 2005 | ST utility vehicle | 1 | lease |
| 2340397 | Ezgo | 2005 | ST utility vehicle | 1 | lease |
| 2340414 | Ezgo | 2005 | ST utility vehicle | 1 | lease |
| 2340407 | Ezgo | 2005 | ST utility vehicle | 1 | lease |
| 4013 | Jacobsen | 1996 | 810 express Truck / Utility cart | 1 | $4,000.00 |
| 9.46671E+10 | Jacobson | 2005 | Turfcat 628 D | lease | |
| 9.5723E+10 | Jacobson | 2005 | 72" cutting deck | lease | |
| V5200-C111 | John Deere | 2005 | 5200 tractor with loader | 1 | $25,000.00 |
| 52758 | Kubota | 1996 | L-3600 GST / Turf Tractor | 1 | $26,500.00 |
| 101110581 | Lely | 1996 | 1250 Hitch / Spreader | 1 | $3,250.00 |
| 74506-12-12 | Vicon | 2005 | Speader | lease | |
| 2728 | Jacobsen | 2005 | B40 blower | lease | |
| 82592-2660 | Jacobsen | 1995 | Spiker / Jac Fariway Spiker | 1 | $2,250.00 |
| 26812-0905 | Northstar | 2005 | 25 gal sprayer | 1 | $150.00 |
| | Stihl | unknown | 026 chiansaw | 1 | unknown |
| 2651197165 | Stihl | 2005 | MS 192T chainsaw | 1 | $300.00 |
| 6014497 | Echo | 2005 | PPT-260 power pruner | 1 | $600.00 |
| 167030 | Echo | 1998 | back pack blower | 1 | $480.00 |
| 9007589 | Echo | 2005 | PB-610 Blower | 1 | $500.00 |
| 467160 | McLane | 1996 | walk behind edger | 1 | $295.00 |
| | | | sod cutter | 1 | $2,750.00 |
| 99398 | Ryan | 1999 | Computer Pavilion 310N | 1 | $1,200.00 |
| KR15309936 | HP | 2000 | 25368800990 / Refrigerator | 1 | $1,000.00 |
| BA93117715 | Sears | 2000 | 565693399 / Microwave | 1 | $300.00 |
| 9V2G084353 | Sears | 2000 | Air Conditioning Unit | 1 | $200.00 |
| | Kenmore Kenmore | | | | $50.00 |
| Model 50 box | John Deere | | Box Blade | 1 | $250.00 |
| 100090 | Toro | 1997 | Touchnet / Irrigation Central Control | 1 | $1,100.00 |
| 359BWP223 | Toro | 1997 | J-26PFC044BA / Osmac Pager syst. together with pager | 1 | $3,750.00 pager |

Additional values column (right side):
$1,500.00
$8,000.00
$12,000.00
$1,100.00
$800.00
$75.00
$50.00
$125.00
$300.00
$250.00
$500.00
$125.00
$1,200.00
$300.00
$200.00
$50.00
$200.00
$700.00
$1,500.00

| Make | Model/Serial | Year | Description | Qty | Value | |
|---|---|---|---|---|---|---|
| Foley | | | Reel and bed knife grinders | 1 | $8,000.00 | $2,000.00 |
| Foley | 779FXE9585 | 1998 | Motorola Osmac Radios | 2 | $600.00 300.00 each | $200.00 |
| | | 2003 | Uniden Osmac Radios | 2 | $600.00 300.00 each | $200.00 |
| Campbell-Hausfield | L5-5-5-98-06 | | compressor / 125PSI-26 gallon | 1 | $400.00 | $200.00 |
| Reddy | 153679 | | Propane Heater | 1 | $400.00 | $200.00 |
| Echo | 540485 | | SRM 3400 | 2 | $395.00 | $100.00 |
| Echo | 511603 | | SRM 3400 Edger | 1 | $400.00 | $200.00 |
| Power Systim | 82-01-PS-08l | | SRM - 2100SB / Hedge Trimmer | 1 | $300.00 | $150.00 |
| Northern | 145583 | 2000 | Circulating Parts Washer | 1 | $500.00 | $250.00 |
| Floor Jack | 234669 | 2000 | 750LB capacity lift dolly | 1 | $90.00 | $40.00 |
| | 4289933 | | Floor Jack | 1 | $200.00 | $100.00 |
| Chicago | 2hp-0hz | | 20 Ton Hydraulic Jack | 1 | $220.00 | $110.00 |
| lincoln | 9422-002 | 2000 | 14"-3400 rpm / chop saw | 1 | $300.00 | $150.00 |
| Delto | P8823 | | AC-225 / Arc Welder | 1 | $90.00 | $45.00 |
| Dewitt | | | 6" grinder | 22 | $12,000.00 | $6,000.00 |
| Redmax | BCZ225005 | 2000 | Greens Covers | 1 | $280.00 | $140.00 |
| Kawasaki | 14769 | 2003 | Line Trimmer | 1 | $350.00 | $175.00 |
| Hampton Bay | 212KA00028 | 2003 | Hedge Trimmer KHS 750A | 1 | $400.00 | $200.00 |
| | | | Air conditioning Unit Office | | | |
| | | | TOTAL VALUE | | $98,520.00 | $39,185.00 |