OCT-06-2010 WED 10:27 AM                                                                P. 001

Oakridge Country Club                    Date  10/01/2010
Inventory On Hand                        Time  08:33:59
                                         Page      1

For All Inventory Classes
File Date 10/01/2010
10 Golf Shop

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|---|---|---|---|---|---|---|---|
| 1610001001 | Bionic Gloves | | 12.000 | 0 | 0.00 | 24.950 | 0.00 |
| 1610260001 | Callaway Golf Gloves | | 7.360 | 10 | 73.60 | 14.950 | 149.50 |
| 1610430001 | Footjoy Weathersoft | | 8.564 | 0 | 0.00 | 15.950 | 0.00 |
| 1810430002 | Perma Soft | | 7.920 | 4 | 31.68 | 14.500 | 58.00 |
| 1810430003 | Footjoy Winter Gloves | | 12.000 | 1 | 12.00 | 24.950 | 24.95 |
| 1610690001 | GOLF GLOVES MEN -Nike | | 8.880 | 0 | 0.00 | 19.950 | 0.00 |
| 1610690002 | GOLF GLOVES MEN Nike Dura | | 5.110 | 2 | 10.22 | 10.950 | 21.90 |
| 1610900001 | TM TARGA | | 8.320 | 0 | 0.00 | 14.990 | 0.00 |
| 1610900002 | TM STRATUS | | 5.850 | 0 | 0.00 | 10.990 | 0.00 |
| 1810900003 | TM Winter Gloves | | 11.020 | 0 | 0.00 | 19.990 | 0.00 |
| 1710430001 | Footjoy Contour | | 64.289 | 0 | 0.00 | 99.950 | 0.00 |
| 1710430002 | Footjoy Greenjoy | | 33.234 | 0 | 0.00 | 59.950 | 0.00 |
| 1710690001 | Nike Air Zoom Tour | | 68.000 | 5 | 340.00 | 119.950 | 599.75 |
| 1710690002 | Nike Air Max Rejuvenate | | 64.000 | 3 | 192.00 | 114.950 | 344.85 |
| 1710690003 | Nike Air Tour Classic | | 64.000 | 3 | 192.00 | 114.950 | 344.85 |
| 1710690005 | Nike - Power Player | | 35.420 | 1 | 35.42 | 70.950 | 70.95 |
| 1710690006 | Nike Shoes Reid | | 49.590 | 0 | 0.00 | 94.950 | 0.00 |
| 1720430001 | Footjoy WMN Ecomfort | | 54.130 | 0 | 0.00 | 79.950 | 0.00 |
| 1720430002 | Footjoy WMN LOPRO | | 56.260 | 1 | 56.26 | 89.950 | 89.95 |
| 1720690001 | Nike WMNS Air Dormie | | 64.000 | 3 | 192.00 | 114.950 | 344.85 |
| 1810260001 | Callaway HX Tour | | 8.250 | 0 | 0.00 | 14.500 | 0.00 |
| 1810260002 | Callaway Tour | | 8.490 | 0 | 0.00 | 14.000 | 0.00 |
| 1810260003 | Cal HX Hot Bite | | 5.880 | 0 | 0.00 | 9.750 | 0.00 |
| 1810260004 | Cal HX HOT PLUS | | 5.250 | 0 | 0.00 | 9.500 | 0.00 |
| 1810260005 | Callaway - Diablo Balls | | 4.680 | 0 | 0.00 | 8.500 | 0.00 |
| 1810690001 | Nike ONE | | 7.620 | 0 | 0.00 | 14.000 | 0.00 |
| 1810690002 | NIKE POWER | | 1.630 | 1 | 1.63 | 5.000 | 5.00 |
| 1810690003 | Nike - Vapor | | 4.880 | 0 | 0.00 | 9.760 | 0.00 |
| 1810690004 | Nike - 4 Ball Pack | | 3.750 | 0 | 0.00 | 7.500 | 0.00 |
| 1810690005 | Nike Mojo Double Dz | | 14.700 | 0 | 0.00 | 24.950 | 0.00 |
| 1810690006 | Nike NDX Dz | | 11.000 | 0 | 0.00 | 17.990 | 0.00 |
| 1810830001 | Slazenger Dz | | 8.340 | 0 | 0.00 | 15.990 | 0.00 |
| 1810830002 | Slazenger Glove | | 3.500 | 2 | 7.00 | 7.500 | 15.00 |
| 1810900001 | Taylor Made Burner Tp | | 8.000 | 0 | 0.00 | 14.000 | 0.00 |
| 1810900002 | Taylor Made Dz | | 24.950 | 0 | 0.00 | 29.990 | 0.00 |
| 1810920001 | LOGO BALLS | | 0.650 | 0 | 0.00 | 2.000 | 0.00 |
| 1810920003 | Titleist DT Carry | | 13.230 | 0 | 0.00 | 19.950 | 0.00 |
| 1810920004 | Titleist NXT Tour Dz | | 16.730 | 0 | 0.00 | 27.990 | 0.00 |
| 1810991001 | Noodle Dz | | 11.000 | 0 | 0.00 | 17.990 | 0.00 |
| 1820850001 | Dollar Ball | | 0.300 | 14 | 4.20 | 1.000 | 14.00 |
| 1920260001 | Callaway - Diablo | | 200.780 | 0 | 0.00 | 299.950 | 0.00 |
| 1920260002 | Callaway - Fairwaywood | | 134.780 | 0 | 0.00 | 199.950 | 0.00 |
| 1920260003 | Callaway Diablo Driver | | 129.350 | 0 | 0.00 | 250.950 | 0.00 |
| 1920900001 | TaylorMade Bmr Driver | | 199.950 | 0 | 0.00 | 299.950 | 0.00 |
| 1920900002 | Taylor Made Bmr Rescue | | 93.000 | 0 | 0.00 | 199.990 | 0.00 |
| 1950260001 | Callaway - Black Series 1 | | 202.220 | 0 | 0.00 | 299.950 | 0.00 |
| 1950260002 | Callaway - Sabertooth | | 116.520 | 0 | 0.00 | 179.950 | 0.00 |
| 1950260003 | Callaway - Mallet | | 83.270 | 0 | 0.00 | 119.950 | 0.00 |
| 1950260004 | Callaway - Teron | | 116.520 | 0 | 0.00 | 179.950 | 0.00 |
| 1950260005 | Callaway - Hawk | | 89.270 | 0 | 0.00 | 99.990 | 0.00 |
| 1950260006 | Callaway - 2 Ball F7 | | 116.520 | 0 | 0.00 | 179.950 | 0.00 |

Oakridge Country Club  
Inventory On Hand  

Date  10/01/2010  
Time  08:33:59  
Page  2  

For All Inventory Classes  
File Date 10/01/2010  
10 Golf Shop  

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|---|---|---|---|---|---|---|---|
| 1950260007 | Callaway Putters Ross | | 80.980 | 0 | 0.00 | 161.950 | 0.00 |
| 1950260001 | Vp milled Putter | | 103.500 | 0 | 0.00 | 145.000 | 0.00 |
| 1950730001 | PING PUTTERS | | 67.000 | 0 | 0.00 | 129.000 | 0.00 |
| 1960120001 | Adams Pugelli Wedges | | 34.970 | 0 | 0.00 | 119.000 | 0.00 |
| 1960260001 | cleveland WEdges 2008 | | 74.700 | 0 | 0.00 | 99.000 | 0.00 |
| 2010260001 | CAllaway WMN CArt BAg | | 92.000 | 0 | 0.00 | 189.000 | 0.00 |
| 2010260002 | Callaway Stan Golf Bags | | 84.000 | 0 | 0.00 | 168.950 | 0.00 |
| 2010260003 | Callaway Staff Bag | | 123.450 | 0 | 0.00 | 245.950 | 0.00 |
| 2010260004 | Callaway BG Stand bag black | | 131.500 | 0 | 0.00 | 219.950 | 0.00 |
| 2010900001 | R7 Mini Staff | | 130.000 | 0 | 0.00 | 229.950 | 0.00 |
| 2010900002 | MAranello Bag | | 146.500 | 0 | 0.00 | 299.000 | 0.00 |
| 2010900003 | TM Red/White Cart Bag | | 93.600 | 0 | 0.00 | 169.990 | 0.00 |
| 2010900004 | Black Cart Bag | | 94.500 | 0 | 0.00 | 138.000 | 0.00 |
| 2030900001 | Taylor Made Towels | | 9.000 | 0 | 0.00 | 16.990 | 0.00 |
| 2030920001 | DRI HOOD | | 16.200 | 0 | 0.00 | 24.000 | 0.00 |
| 2030920002 | titleist Towel | | 12.600 | 0 | 0.00 | 16.000 | 0.00 |
| 2040900001 | Taylor Made Umbrellas | | 21.150 | 0 | 0.00 | 39.990 | 0.00 |
| 2050001001 | Shag Bag | | 42.140 | 0 | 0.00 | 58.000 | 0.00 |
| 2050900001 | TM Valuables Pouch | | 5.850 | 0 | 0.00 | 23.400 | 0.00 |
| 2050900002 | Taylor Made Travel Cover | | 93.600 | 0 | 0.00 | 169.990 | 0.00 |
| 2160001001 | TEES | | 0.360 | 416 | 149.76 | 1.000 | 416.00 |
| 2190001001 | Mens Eagle Belts | | 16.250 | 3 | 48.75 | 34.950 | 104.85 |
| 2190001002 | Golf Shop Pictures | | 50.000 | 1 | 50.00 | 299.000 | 299.00 |
| 2190001003 | Den Caddy | | 33.613 | 1 | 33.61 | 78.000 | 78.00 |
| 2190110001 | Dual Package Sunscreen | | 0.390 | 0 | 0.00 | 1.490 | 0.00 |
| 2190920001 | Toiletries Kit | | 30.000 | 0 | 0.00 | 40.000 | 0.00 |
| 2190920002 | Titleist Cart Mittens | | 0.000 | 2 | 0.00 | 21.950 | 43.90 |
| 2190992001 | MisCounters -Floor Spike | | 87.020 | 0 | 0.00 | 135.000 | 0.00 |
| 2190998001 | Pictures | | 560.000 | 0 | 0.00 | 770.000 | 0.00 |
| 2210001001 | Smith and Tweed Merc. Polo | | 22.000 | 0 | 0.00 | 60.000 | 0.00 |
| 2210001002 | Smith&Tweed Quadtec | | 23.000 | 0 | 0.00 | 54.950 | 0.00 |
| 2210001003 | 2 button polo s/s POLO | | 35.000 | 0 | 0.00 | 62.000 | 0.00 |
| 2210001004 | 2 button s/s Polo CX16682 | | 35.000 | 0 | 0.00 | 62.000 | 0.00 |
| 2210001005 | 2 button Polo w/piping CX16809 | | 30.000 | 0 | 0.00 | 54.000 | 0.00 |
| 2210001006 | 3 button Polo CX16837 | | 30.000 | 0 | 0.00 | 54.000 | 0.00 |
| 2210001007 | 1/4 strip woven | | 30.450 | 0 | 0.00 | 54.990 | 0.00 |
| 2210001008 | Clyde Hand em Dry | | 32.450 | 0 | 0.00 | 54.990 | 0.00 |
| 2210001009 | HED Pique Polo | | 21.450 | 0 | 0.00 | 38.990 | 0.00 |
| 2210001010 | Diamond | | 33.950 | 0 | 0.00 | 59.990 | 0.00 |
| 2210001011 | Pima Cotton Micropoly | | 33.450 | 0 | 0.00 | 69.990 | 0.00 |
| 2210001012 | Compass Colorblock | | 34.150 | 0 | 0.00 | 59.950 | 0.00 |
| 2210001013 | Boxcer Colorblock | | 36.150 | 0 | 0.00 | 64.950 | 0.00 |
| 2210001014 | Carbon Colorblock Polo | | 40.150 | 0 | 0.00 | 69.950 | 0.00 |
| 2210001015 | Smith & Tweed Fancy Polo | | 23.400 | 0 | 0.00 | 65.000 | 0.00 |
| 2210001016 | Antigua Dress | | 20.000 | 0 | 0.00 | 69.950 | 0.00 |
| 2210001017 | Footjoy Pro Dry | | 30.000 | 0 | 0.00 | 54.950 | 0.00 |
| 2210001018 | Sildred textured Polo | | 42.500 | 1 | 42.50 | 74.990 | 74.99 |
| 2210001019 | Micropoly w/cool plus | | 32.000 | 0 | 0.00 | 55.000 | 0.00 |
| 2210001020 | Derex Mini Stripe | | 40.000 | 0 | 0.00 | 69.000 | 0.00 |
| 2210001021 | Uniform Shirts 07 | | 30.000 | 0 | 0.00 | 30.000 | 0.00 |
| 2210140001 | AM3300 | | 27.500 | 0 | 0.00 | 39.950 | 0.00 |
| 2210140002 | AM3500 | | 20.000 | 0 | 0.00 | 36.000 | 0.00 |

OCT-06-2010 WED 10:29 AM                                                                                      P. 003

Oakridge Country Club                 Date   10/01/2010
Inventory On Hand                     Time   08:33:59
                                      Page      3

For All Inventory Classes
File Date 10/01/2010
10 Golf Shop

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|------------|--------|--------------|
| 2210140003 | AM1013LS | | 32.500 | 0 | 0.00 | 56.500 | 0.00 |
| 2210140004 | AM4421 | | 27.500 | 0 | 0.00 | 49.500 | 0.00 |
| 2210140005 | AM5111 | | 35.000 | 0 | 0.00 | 63.000 | 0.00 |
| 2210140006 | AM2827 | | 35.000 | 0 | 0.00 | 63.000 | 0.00 |
| 2210140007 | Solid Interlock AM1013ls | | 32.500 | 1 | 32.50 | 58.500 | 58.50 |
| 2210140008 | Long Sleeve Moch AM1043 | | 27.500 | 5 | 137.50 | 49.500 | 247.50 |
| 2210140009 | 2 button POLO AM3500 | | 20.000 | 0 | 0.00 | 60.000 | 0.00 |
| 2210140010 | Fusion Polo CX16682 | | 30.000 | 0 | 0.00 | 54.000 | 0.00 |
| 2210330001 | Men Shirts Toys for Tots | | 10.000 | 0 | 0.00 | 20.000 | 0.00 |
| 2210690001 | Nike - Dri Fit Tech Core | | 27.280 | 0 | 0.00 | 54.950 | 0.00 |
| 2210690002 | Nike Body Mapping Polo | | 33.180 | 0 | 0.00 | 66.950 | 0.00 |
| 2210690003 | Nike - Body Mapping Strip | | 35.500 | 0 | 0.00 | 69.950 | 0.00 |
| 2210690004 | Nike - UV Stretch Stripe | | 35.500 | 0 | 0.00 | 69.950 | 0.00 |
| 2210690005 | Nike - Tech Argyle Polo | | 29.470 | 0 | 0.00 | 58.950 | 0.00 |
| 2240001001 | Smith & Tweed Shorts | | 14.000 | 1 | 14.00 | 48.600 | 48.60 |
| 2240001002 | Cb- MCB06379B | | 15.160 | 0 | 0.00 | 59.950 | 0.00 |
| 2250001001 | Dewsweeper Pants | | 21.000 | 0 | 0.00 | 44.950 | 0.00 |
| 2260001001 | Footjoy Lightweight Windshirt | | 26.960 | 0 | 0.00 | 59.950 | 0.00 |
| 2260001002 | Full zip Bomber w/pant | | 75.000 | 0 | 0.00 | 135.000 | 0.00 |
| 2260140001 | v neck windshirt Am5111 | | 35.000 | 2 | 70.00 | 62.990 | 125.98 |
| 2260260001 | Stretch Softshell CX25316 | | 60.000 | 0 | 0.00 | 99.000 | 0.00 |
| 2260260002 | 1/2 Zip CX25332 | | 32.500 | 0 | 0.00 | 58.990 | 0.00 |
| 2299999001 | MENS 60/40 COOLMAX S/S | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 2299999002 | MENS COOLMAX MESH POLO | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 2299999003 | MENS SS COOLMAX STRIPE | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 2299999004 | MENS SSCOOLMAX SS | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 2310001001 | Galaxi Short Sleeve | | 30.000 | 0 | 0.00 | 54.000 | 0.00 |
| 2310001002 | WOMENS Basic POLO | | 24.500 | 3 | 73.50 | 43.990 | 131.97 |
| 2310001003 | Short Sleeve - Tehama | | 17.500 | 1 | 17.50 | 31.500 | 31.50 |
| 2310140001 | Tourney Long Sleeve | | 25.000 | 3 | 75.00 | 45.000 | 135.00 |
| 2310140002 | Tourney Short Sleeve | | 19.500 | 0 | 0.00 | 36.000 | 0.00 |
| 2310140003 | Sammie Short Sleeve | | 27.500 | 1 | 27.50 | 49.000 | 49.00 |
| 2310140004 | Strech Pique WM30050 | | 19.500 | 1 | 19.50 | 34.990 | 34.99 |
| 2310140005 | WOMENS SHIRTS - Ashworth | | 25.940 | 11 | 285.34 | 50.950 | 560.45 |
| 2310140006 | WOMENS SHIRTS - Ashworth | | 30.940 | 7 | 216.58 | 59.950 | 419.65 |
| 2310400001 | EP Tour Dry | | 21.950 | 1 | 21.95 | 49.950 | 49.95 |
| 2310690001 | Nike WM Fit Dry Shirts | | 22.880 | 2 | 45.76 | 39.950 | 79.90 |
| 2310690002 | Nike - Tech Pique Polo | | 22.070 | 1 | 22.07 | 44.950 | 44.95 |
| 2310690003 | Nike - Tech Pique Sleeveless | | 19.990 | 1 | 19.99 | 39.950 | 39.95 |
| 2310690004 | Nike Jacquard Polo Tech | | 32.950 | 2 | 65.90 | 64.950 | 129.90 |
| 2310690005 | Nike - Body Mapping sleeveless | | 28.300 | 1 | 28.30 | 56.950 | 56.95 |
| 2340140001 | Ashworth Shorts | | 10.000 | 1 | 10.00 | 35.950 | 35.95 |
| 2340400001 | Ep PRO Shorts | | 34.190 | 4 | 136.76 | 54.950 | 219.80 |
| 2340400002 | EP Skorts | | 36.000 | 1 | 36.00 | 59.950 | 59.95 |
| 2340690001 | Nike - Dri Fit Women | | 30.530 | 8 | 244.24 | 61.950 | 495.60 |
| 2340690002 | Nike - Tech Classic Ladies | | 28.210 | 9 | 253.89 | 56.950 | 512.55 |
| 2360880001 | TYPHOON Full Zip | | 80.000 | 2 | 160.00 | 125.000 | 250.00 |
| 2360880002 | Full Zip Texture Stretch | | 70.000 | 3 | 210.00 | 115.000 | 345.00 |
| 2360880003 | Texture Stretch Pullover | | 65.000 | 0 | 0.00 | 99.000 | 0.00 |
| 2380001001 | Ladies Apparel | | 10.000 | 0 | 0.00 | 65.000 | 0.00 |
| 2399999001 | WOMENS SS 60/40 COOLMAX | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 2399999002 | WOMENS SL 60/40 COOLMAX | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |

Oakridge Country Club  Date 10/01/2010
Inventory On Hand  Time 08:33:59
Page 4

For All Inventory Classes
File Date 10/01/2010
10 Golf Shop

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|---|---|---|---|---|---|---|---|
| 2510001001 | Legendary caps | | 8.000 | 0 | 0.00 | 14.990 | 0.00 |
| 2510140001 | Ashworth Caps | | 9.370 | 0 | 0.00 | 16.950 | 0.00 |
| 2510140002 | Ashworth China Twill Cap | | 10.000 | 0 | 0.00 | 17.990 | 0.00 |
| 2510260001 | Callaway Reflective caps | | 13.500 | 0 | 0.00 | 23.990 | 0.00 |
| 2510280001 | Cleveland Tour Action | | 10.800 | 0 | 0.00 | 17.990 | 0.00 |
| 2510280002 | TS Ball Marker | | 11.600 | 0 | 0.00 | 18.990 | 0.00 |
| 2510690001 | Nike - Caps Strutured Blank | | 7.980 | 0 | 0.00 | 15.950 | 0.00 |
| 2510690002 | Nike - Caps Tournament Blank | | 7.150 | 0 | 0.00 | 14.950 | 0.00 |
| 2510690003 | Nike - Caps Perf Blank | | 9.640 | 0 | 0.00 | 19.950 | 0.00 |
| 2510900001 | Taylor Made NCAA | | 12.160 | 0 | 0.00 | 21.990 | 0.00 |
| 2510900002 | Taylor Made NFL | | 12.500 | 0 | 0.00 | 22.500 | 0.00 |
| 2510900003 | Taylor Made Headwear | | 9.900 | 0 | 0.00 | 17.850 | 0.00 |
| 2510900004 | Taylor Made Womens Caps | | 12.600 | 2 | 25.20 | 22.500 | 45.00 |
| 2510900005 | TM Curve Hat | | 11.020 | 1 | 11.02 | 19.990 | 19.99 |
| 2520280001 | Callaway Visor Classic | | 9.500 | 3 | 28.50 | 16.990 | 50.97 |
| 2520920001 | Titleist Visor | | 9.900 | 0 | 0.00 | 16.950 | 0.00 |

Report Totals                                    564         3881.07                      7799.74

OCT-06-2010 WED 10:31 AM                                                                P. 005

Oakridge CC Food Inventory
9/30/2010

| | Unit | Quantity | Cost | Total |
|---|---|---|---|---|
| **BASE/GLAZE** | | | | |
| Beef Base | case | | $ 3.28 | $ |
| Chicken Base | case | 0.3 | $ 2.82 | $ 0.85 |
| Chipotle Base | case | | $ 1.07 | $ |
| **BREAD** | | | | |
| Baguette | case | | $ 1.38 | $ |
| Mini Bagels | case | | $ 18.55 | $ |
| Biscuits | case | 1 | $ 26.50 | $ 26.50 |
| Croissants | case | | $ 28.80 | $ |
| Dinner Rolls | case | | $ 35.67 | $ |
| Hoagie 6" | case | | $ 25.31 | $ |
| Hot Dog Roll | case | 1 | $ 1.98 | $ 1.98 |
| Rye Bread | case | 4 | $ 2.15 | $ 8.60 |
| Hamburger Buns | case | 1 | $ 2.98 | $ 2.98 |
| Wheat Bread | case | 1 | $ 1.98 | $ 1.98 |
| White Bread | case | 1 | $ 1.98 | $ 1.98 |
| **CHEESE** | | | | |
| American Slices | case | 2 | $ 9.06 | $ 18.12 |
| Assorted Cubes | case | 10 | $ 6.99 | $ 69.90 |
| Bleu Crumbles | each | 0.3 | $ 9.98 | $ 2.99 |
| Cottage | case | | $ 18.02 | $ |
| Cream Cheese | case | | $ 25.01 | $ |
| Chdr Cheese | lb | 1 | $ 10.42 | $ 10.42 |
| Parmesan, Grated | each | 0.2 | $ 8.98 | $ 1.80 |
| Salsa Nacho | case | | $ 22.44 | $ |
| Swiss, Sliced | each | 1 | $ 9.37 | $ 9.37 |
| **CHICKEN** | | | | |
| Chicken Breasts 6 oz | Lb | 55 | $ 1.54 | $ 84.70 |
| **DAIRY** | | | | |
| Coffee Creamers | each | 1 | $ 1.87 | $ 1.87 |
| Gost Cheese | lb | | $ 3.27 | $ |
| Heavy Cream | each | 1 | $ 2.98 | $ 2.98 |
| Margarine Blend | case | 1 | $ 19.14 | $ 19.14 |
| Milk, Whole | gallon | 1 | $ 3.52 | $ 3.52 |
| Sour Cream | case | 1.5 | $ 12.67 | $ 19.01 |
| Whipped Cream | case | 0 | $ 17.12 | $ |
| **EGGS** | | | | |
| Eggs, Shell | case | 1.5 | $ 15.45 | $ 23.18 |
| **DRESSINGS** | | | | |
| Caesar Dressing | gallon | 0.03 | $ 13.25 | $ 0.40 |
| Italian | gallon | 0.5 | $ 8.79 | $ 4.40 |
| Pickles | gallon | 1 | $ 4.98 | $ 4.98 |
| Honey Mustard | gallon | 0.4 | $ 13.95 | $ 5.58 |
| Ranch Dressing | gallon | 1 | $ 9.98 | $ 9.98 |
| **FRUIT, FRESH/DRY** | | | | |
| Apple, Red Delicious | case | | $ 27.41 | $ |
| Canteloupe | each | | $ 1.98 | $ |
| Grapes, Red | lb | | $ 4.98 | $ |

| Item | Unit | Qty | Price | Total |
|---|---|---|---|---|
| Honeydew | each | | $ 15.43 | $ |
| Pineapple | each | | $ 2.98 | $ |
| Strawberry | case | | $ 21.82 | $ |
| Watermelon | each | | $ 11.20 | $ |
| Cilantro | each | 1 | $ 0.33 | $ 0.33 |
| Garlic, Peeled | case | 0.1 | $ 7.98 | $ 0.80 |
| Horseradish, Prepared | indiv | | $ 20.84 | $ |
| Ham | lb | 4 | $ 2.01 | $ 8.04 |
| Turkey | lb | 2 | $ 2.80 | $ 5.60 |
| Pickled Relish | jar | 1 | $ 8.77 | $ 8.77 |
| Chipotle | jar | | $ 9.24 | $ |
| Horseradish | gallon | 1 | $ 14.95 | $ 14.95 |
| Heinz Malt | case | | $ 10.46 | $ |
| Pickle Dill | Gallon | 0.2 | $ 22.55 | $ 4.51 |
| Sauerkraut | case | 6 | $ 17.89 | $ 107.34 |
| Avocados | each | 4 | $ 1.90 | $ 7.60 |
| Carrot, Jumbo | lb | | $ 3.48 | $ - |
| Celery | each | | $ 0.98 | $ - |
| Green Bells | case | | $ 11.39 | $ - |
| Jalapenos | lb | 2 | $ 0.78 | $ 1.56 |
| Poblano Pepper | case | 1 | $ 35.44 | $ 35.44 |
| Lemons | case | 0.1 | $ 9.30 | $ 0.93 |
| Lettuce, Romaine | case | 0 | $ 3.98 | $ - |
| Limes | lb | 5 | $ 2.25 | $ 11.25 |
| Iceburg Lettuce | each | | $ 2.97 | $ - |
| Mushrooms | lb | | $ 8.24 | $ - |
| Dill Pickle | gallon | 0 | $ 35.14 | $ - |
| Pearl Onion | lb | | $ 9.24 | $ - |
| Red Bells | case | | $ 11.10 | $ - |
| Roma Tomatoes | case | | $ 0.98 | $ - |
| Sundried Tomatoes | case | 0.4 | $ 28.42 | $ 11.37 |
| Tomatoes, 5x5 | case | 0.5 | $ 32.93 | $ 16.47 |
| Zucchini | case | | $ 9.45 | $ - |
| Teriyaki, Glaze | gallon | | $ 6.00 | $ - |
| **DRY BEANS** | | | | |
| Black Beans | case | | $ 21.79 | $ |
| Blackeye pea | case | 1 | $ 21.79 | $ 21.79 |
| Pinto, Dry | case | | $ 6.99 | $ - |
| Refried Beans | case | 1 | $ 7.98 | $ 7.98 |
| **CHILIES** | | | | |
| Chile de Arbol | case | | $ 26.32 | $ |
| Jalapenos, Canned | each | 1 | $ 4.25 | $ 4.25 |
| Tabasco | each | 10 | $ 2.79 | $ 27.90 |
| **COCONUT** | | | | |
| Coconut Flake | case | 0.7 | $ 16.00 | $ 11.20 |
| **CRACKERS** | | | | |
| Specialty | case | | $ 23.47 | $ |
| **DRIED GOODS** | | | | |
| Gravy Mix | case | 1 | $ 17.04 | $ 17.04 |
| Chocolate Chips | case | | $ 29.68 | $ |
| Corn Bread Mix | case | 1 | $ 42.36 | $ 42.36 |
| Corn Meal | case | 0 | $ 6.46 | $ |

| Item | Unit | Qty | Price | Total |
|---|---|---|---|---|
| Corn Starch | case | | $ 4.17 | $ |
| Flour | case | 0.5 | $ 1.98 | $ 0.99 |
| Gold Medal Quick Oats | case | | $ 24.97 | $ |
| Grits | case | 1 | $ 15.89 | $ 15.89 |
| Muffin Mix | case | | $ 18.97 | $ 10.07 |
| Yellow Cake Mix | case | | $ 29.63 | $ |
| Tuna, Canned | case | 0.5 | $ 9.98 | $ 4.99 |
| Dry French Fried Onion | case | 0 | $ 17.45 | $ - |
| Brown Gravy | case | | $ 17.92 | $ |
| Dry Peanut | case | | $ 30.27 | $ |
| Molasses | gallon | 2 | $ 9.27 | $ 18.54 |
| **JUICES** | | | | |
| Clam | case | 3 | $ 18.76 | $ 56.28 |
| Grapefruit | each | | $ 2.15 | $ |
| Hawaiian Punch | case | 0.3 | $ 19.61 | $ 5.88 |
| Lemon | each | | $ 4.98 | $ |
| Orange | each | 4 | $ 2.98 | $ 11.92 |
| Pineapple | each | | $ 3.25 | $ |
| Tomato | each | | $ 2.15 | $ |
| **KETCHUP** | | | | |
| Ketchup, Wall Refill | case | 10 | $ 5.19 | $ 51.90 |
| Mayonnaise Packages | case | 0.1 | $ 27.45 | $ 2.75 |
| Mayonnaise, 4 gal Heavy Duty | pail | 1 | $ 6.23 | $ 6.23 |
| Mustard Creole | gallon | 0.25 | $ 10.93 | $ 2.73 |
| Mustard | case | 1 | $ 17.78 | $ 17.78 |
| **NUTS** | | | | |
| Almond Slivers | case | 1 | $ 14.88 | $ 14.88 |
| Pecan Pieces | case | 1 | $ 41.45 | $ 41.45 |
| **OIL/SHORTENING** | | | | |
| Baking Spray | each | 1 | $ 2.54 | $ 2.54 |
| Olive Oil | case | | $ 14.88 | $ |
| Shortening | case | | $ 23.31 | $ |
| Cooking Oil | case | | $ 9.25 | $ |
| **ONIONS** | | | | |
| Cocktail Onions | case | | $ 4.30 | $ |
| Onions | lb | 2 | $ 0.57 | $ 1.14 |
| Rice | case | 0.1 | $ 15.98 | $ 1.60 |
| Penne | lb | 10 | $ 1.99 | $ 19.90 |
| Spaghetti | lb | 2 | $ 1.99 | $ 3.98 |
| **POPCORN** | | 0 | | |
| Popcorn | case | 1 | $ 22.67 | $ 22.67 |
| **POTATO CHIPS** | | | | |
| Assorted Grab Bag | case | | $ 23.03 | $ |
| Assorted Chips | case | 2 | $ 25.15 | $ 50.30 |
| Dried Mashed Potato | case | 1 | $ 8.21 | $ 8.21 |
| New Red Potatoes | case | | $ 19.27 | $ |
| Hashbrowns | case | 1 | $ 8.21 | $ 8.21 |
| **POTATOES AND SIDES** | | | $ 23.78 | |
| Ruffles | each | | $ 2.99 | $ |

| Item | Unit | Qty | Price | Total |
|---|---|---|---|---|
| French Fries | case | 2 | $ 16.28 | $ 32.56 |
| Russet | lb | | $ 0.33 | $ - |
| **PUDDINGS/MOUSSE/GELATIN** | | | | |
| Banana Pudding | case | | $ 24.21 | $ - |
| **RAISINS** | | | | |
| Regular Raisins | case | 0.3 | $ 11.16 | $ 3.35 |
| **RELISH** | | | | |
| SALT | case | 1 | $ 15.38 | $ 15.38 |
| **SAUCES** | | | | |
| A1 Steak Sauce | case | 1 | $ 38.02 | $ 38.02 |
| BBQ Sauce | case | | $ 6.79 | $ - |
| Buffalo Wings Sauce | Gallon | 1 | $ 11.35 | $ 11.35 |
| Cramberry Sauce | case | 1 | $ 9.59 | $ 9.59 |
| Mesquite Smoke | gallon | 2 | $ 12.35 | $ 24.70 |
| Marinara | case | | $ 32.44 | $ - |
| Teriyaki Sauce | gallon | | $ 10.77 | $ - |
| Worcestershire | Gallon | 5 | $ 9.15 | $ 45.75 |
| **SUGAR** | | | | |
| Brown Sugar | case | 0.6 | $ 29.00 | $ 17.40 |
| Equal Packets | case | 1 | $ 26.98 | $ 26.98 |
| Sugar Free First Quality | case | 1 | $ 11.58 | $ 11.58 |
| Powdered Sugar | case | 1 | $ 11.58 | $ 11.58 |
| Sugar, Bulk | case | | $ 20.84 | $ - |
| Sweet and Low Packets | case | 1 | $ 11.28 | $ 11.28 |
| White Sugar Packets | case | | $ 10.46 | $ - |
| **TEA/COFFEE/COCOA** | | | | |
| Coffee | jar | 1 | $ 10.98 | $ 10.98 |
| Decaf Coffee | case | 1 | $ 52.13 | $ 52.13 |
| Hot Tea Bags | case | 1 | $ 25.82 | $ 25.82 |
| Iced Tea | case | 1 | $ 18.15 | $ 18.15 |
| **TOPPINGS/SAUCES/JELLIES/SYRUP** | | | | |
| Hershey Chocolate Syrup | case | | $ 4.25 | $ - |
| Honey | gallon | 1 | $ 13.73 | $ 13.73 |
| Jelly | each | | $ 2.15 | $ - |
| Pancake Syrup | case | 1 | $ 15.41 | $ 15.41 |
| **VEGETABLES, CANNED/JAR** | | | | |
| Artichoke Hearts | case | | $ 56.58 | $ - |
| Bacon Bits | each | | $ 6.75 | $ - |
| Black Olives, Sliced | case | | $ 47.20 | $ - |
| Hamburger Pickles | case | 1 | $ 7.41 | $ 7.41 |
| Kalamata Olives | case | | $ 75.00 | $ - |
| Pork Bean | case | | | |
| Queen Olives, Stuffed | jar | | $ 25.69 | $ - |
| Okra | Jar | | $ 6.76 | $ - |
| Okra, Frzn | case | | $ 17.49 | $ - |
| Olives | jar | | $ 8.19 | $ - |
| **SOUPS** | | | | |
| Chicken Broth | case | | $ 18.28 | $ - |
| Beef Broth | case | 0 | $ 19.21 | $ - |
| Cream Style Corn | case | | $ | $ |
| Pinto Beans | lb | | $ 2.97 | $ - |
| Whole Kernel Corn | can | | $ 1.95 | $ - |

| Item | Unit | Qty | Price | Total |
|---|---|---|---|---|
| Taco Shell | box | 6 | $ 2.98 | $ 17.88 |
| **FROZEN** | | | | |
| **TORTILLAS** | | | | |
| Mission Tortillas | each | 1 | $ 3.48 | $ 3.48 |
| 10" Flour | each | 2 | $ 2.78 | $ 5.56 |
| 6" Flour | case | 1 | $ 2.98 | $ 2.98 |
| **VEGETABLES, FRESH/FROZEN** | | | | |
| Green Beans | each | | $ 5.98 | $ - |
| Guacamole | each | | $ 10.98 | $ - |
| Corn on the Cobbette | case | | $ 18.52 | $ - |
| Medley Vegetables | each | | $ 5.98 | $ - |
| Buffalo Wings | each | 3 | $ 10.98 | $ 32.94 |
| Tenders | case | 1 | $ 15.98 | $ 15.98 |
| **DESSERTS** | | | | |
| Apple Pie | case | 1 | $ 5.58 | $ 5.58 |
| Brownies | case | 0.1 | $ 50.27 | $ 5.03 |
| Cookies, Chocolate Chip Dough | case | 0 | $ 45.23 | $ - |
| Cookies, Oatmeal Raisin | case | | $ 40.22 | $ - |
| Chocolate Chip Truffle | case | | $ 42.15 | $ - |
| Chocolate Chip Macarron | case | | $ 32.14 | $ - |
| Chocolate Cake | each | | $ 7.48 | |
| Cookies, Sugar | case | | $ 46.23 | $ - |
| Pecan Pie | case | 0.1 | $ 5.58 | $ 0.56 |
| Pumpkin Pie | each | | $ 4.01 | $ - |
| **FISH** | | | | |
| Catfish Filet | case | | $ 41.30 | $ - |
| Crabmeat, Imitation | case | 0.5 | $ 17.32 | $ 8.66 |
| Smoked Salmon | lb | | $ 10.67 | $ - |
| Salmon Filet | lb | | $ 3.57 | $ - |
| Shrimp 21/25 | lb | 5 | $ 4.50 | $ 22.50 |
| Telapia | lb | | $ 1.98 | $ - |
| Tuna Filet | lb | | $ 3.56 | $ - |
| **FRUIT, CANNED/FILLINGS** | | | | |
| Apple Filling | case | 2 | $ 26.89 | $ 53.78 |
| Apple Sauce | case | 0.2 | $ 24.86 | $ 4.97 |
| Maraschino Cherries | jar | 1 | $ 10.42 | $ 10.42 |
| **HERBS, FRESH** | | | | |
| Assorted Popsicles | case | | $ 33.06 | $ - |
| Chocolate, 3 gal | indiv. | | $ 13.55 | $ - |
| Orange Concentrate | case | | $ 41.80 | $ - |
| **MEATS** | | | | |
| Bacon | lb | 1 | $ 3.32 | $ 3.32 |
| Beef Pattie Grille | case | 3 | $ 13.98 | $ 41.94 |
| Beef Tenderloin | lb | 4 | $ 9.82 | $ 39.28 |
| Brisket | lb | 10 | $ 2.62 | $ 26.20 |
| T Bone Steak | lb | 10 | $ 7.80 | $ 78.00 |
| Inside Round | lb | | $ 1.97 | $ - |
| London Broil | lb | | $ 3.17 | $ - |
| Meatballs | case | 0 | $ 23.18 | $ - |
| NY Strip | lb | 0 | $ 6.60 | $ - |
| Pork Tenderloin | lb | | $ 4.70 | $ - |
| Pork Loin | lb | | $ 1.97 | $ - |

| Item | Unit | Qty | Price | Total |
|---|---|---|---|---|
| Prime Rib | lb | 4 | $ 6.95 | $ 27.80 |
| Ribeye | lb | | $ 9.10 | $ |
| DELI MEATS | | | | |
| PASTA/RICE/PASTRY | case | | $ 50.62 | $ |
| Hashbrowns | case | 0.1 | $ 28.43 | $ 2.84 |
| SAUSAGE/HOT DOGS | case | 2 | $ 23.07 | $ 46.14 |
| Bratwurst Peperony | | | | |
| Italian Sausage | case | | $ 23.64 | $ |
| Polish Sausage Ropes | case | | $ 25.17 | $ |
| Sausage Pork Patties | lb | 4 | $ 1.19 | $ 4.76 |
| SPICES | case | | $ 7.19 | $ |
| all spices Mix | | | | |
| Allspice | jar | | $ 24.19 | $ |
| Baking Soda | jar | 0 | $ 7.69 | $ |
| Basil | jar | | $ 6.17 | $ |
| Bay Leaf | jar | 2 | $ 9.99 | $ 19.98 |
| Beef Base | jar | | $ 18.26 | $ |
| Black Pepper | jar | 1 | $ 5.67 | $ 5.67 |
| Dry Shallot | jar | 1 | $ 18.26 | $ 18.26 |
| Cajun | lb | | | |
| Cayenne, Ground | jar | 0 | $ 8.00 | $ |
| Chili Powder | jar | 0.9 | $ 7.11 | $ 6.40 |
| Cinnamon | jar | 1 | $ 18.26 | $ 18.26 |
| Cinnamon Sticks | jar | | $ 6.11 | $ |
| Clove, Whole | jar | | $ 7.75 | $ |
| Cooking Sherry | jar | | $ 7.26 | $ |
| Cumin | indiv | | $ 13.75 | $ |
| Curry Powder | jar | 1 | $ 8.77 | $ 8.77 |
| Dry Chives | jar | 1 | $ 8.46 | $ 8.46 |
| Dill Weed | jar | 0.1 | $ 18.26 | $ 1.83 |
| Garlic, Gran. | jar | 1 | $ 9.46 | $ 9.46 |
| Ginger | jar | 1 | $ 7.90 | $ 7.90 |
| Grandma's Molasses | jar | 1 | $ 6.28 | $ 6.28 |
| Gumbo File | gallon | | $ 9.95 | $ |
| Lemon Pepper | jar | | $ 8.61 | $ |
| Mustard Seed | jar | | $ 8.60 | $ |
| Nutmeg | jar | | $ 8.29 | $ |
| Onion Powder | jar | 0 | $ 8.54 | $ |
| Oregano | jar | 1 | $ 16.59 | $ 16.59 |
| Paprika | jar | 1 | $ 6.95 | $ 6.95 |
| Parsley Leaves | jar | 1 | $ 9.96 | $ 9.96 |
| Pickling Spice | jar | | | |
| Poultry | jar | | $ 9.71 | $ |
| Red Pepper Flakes | jar | 0.2 | $ 9.06 | $ 1.81 |
| Rosemary | jar | 1 | $ 5.83 | $ 5.83 |
| Sweet and Sour Sauce | jar | 1 | $ 9.32 | $ 9.32 |
| Sesame Seed | jar | | $ 9.95 | $ 9.95 |
| Tony Chachere's Seasoning | jar | | $ 5.56 | $ |
| Tarragon Leaves | gallon | | | |
| Thyme | jar | 1 | $ 9.59 | $ 9.59 |
| Vanilla, Pure Extract | jar | 0.2 | $ 8.23 | $ 1.65 |
| White Pepper | jar | | $ 6.15 | $ |

| Item | Unit | Qty | Unit Price | Total |
|---|---|---|---|---|
| Blackened RDFSH | jar | | $ 7.89 | $ |
| VINAIGRETTE/VINEGAR | jar | 2 | $ 8.63 | $ 17.26 |
| Balsamic Vinegar | | | | |
| Malt Vinegar | case | | $ 45.92 | $ |
| Raspberry Vinaigrette | case | | | |
| Sherry Vinegar | case | | $ 38.45 | $ |
| White Distilled Vinegar | case | | $ 26.18 | $ |
| Wine Vinegar | case | | $ 24.39 | $ |
| Red Onions | lb | | $ 0.66 | $ |
| Yellow Onions | case | | $ 9.08 | $ |
| CANDIES/SNACKS | each | | $ 1.89 | $ |
| M&M | | | | |
| Assorted Chips | case | 3 | $ 22.13 | $ 66.39 |
| Cheese Crackers | case | 2 | $ 25.15 | $ 50.30 |
| Peanut 1.75oz | case | | $ 22.77 | $ |
| Peanut Butter Crackers | case | 1 | $ 18.17 | $ 18.17 |
| Skittles | case | | $ 18.71 | $ - |
| Snickers | case | 1 | $ 19.78 | $ 19.78 |
| Trail Mix | case | | $ 28.74 | $ - |
| | case | | $ 30.28 | $ - |
| FOOD TOTAL | | | | |
| | | | | $ 2,363.84 |
| DRINKS | | | | |
| Coke, 20 oz | case | 7 | $ 12.34 | $ 86.38 |
| Cero Sprite | case | 1 | $ 12.34 | $ - |
| Coffee Energy | case | | $ 23.14 | $ - |
| Dasani Water, 20 oz | case | 10 | $ 4.58 | $ 45.80 |
| Diet Coke, 20 oz | case | 1 | $ 13.90 | $ 13.90 |
| Dr. Pepper | case | 1 | $ 12.34 | $ 12.34 |
| Diet Dr. Pepper | case | 1 | $ 19.20 | $ 19.20 |
| Diet Sprite, 20 oz | case | 1 | $ 19.20 | $ 19.20 |
| Diet Tonic, Med. | case | | $ 13.17 | $ - |
| Lemonade, 20 oz | case | | $ 18.50 | $ - |
| Nestle Tea | case | 1 | $ 19.20 | $ - |
| Mr. Pibb | case | | $ 19.20 | $ - |
| Monster Energy | case | | $ 16.50 | $ - |
| Pibb Zero | case | | $ 35.48 | $ - |
| Gatorade | case | 10 | $ 16.50 | $ 165.00 |
| Sprite, 20 oz | case | | $ 13.88 | $ - |
| Zero Coca-Cola | case | | $ 12.34 | $ - |
| FOUNTAIN DRINKS | case | | $ 19.20 | $ - |
| Coke | | 6 | $ 64.58 | $ 387.48 |
| Diet Coke | indiv | 1 | $ 54.25 | $ 54.25 |
| Dr. Pepper | indiv | 1 | $ 54.25 | $ 54.25 |
| Sprite | indiv | | $ 54.25 | $ - |
| Pineapple Juice | indiv | | $ 54.25 | $ - |
| Club Soda | indiv | 1 | $ 54.25 | $ 54.25 |
| DRINK TOTAL | indiv | | $ 27.88 | $ - |
| | | | | $ 825.67 |
| FOOD/DRINKS TOTAL | | | | |
| | | | | $ 3,189.51 |
| SUPPLIES | | | | |

| Item | Unit | Qty | Unit Price | Total |
|---|---|---|---|---|
| Ajax Bleach Cleanser | each | 0 | $ 1.98 | $ - |
| 16 oz Styrofoam Cups | case | 2 | $ 22.14 | $ 44.28 |
| 9x9 Foam Container | case | | $ 36.11 | $ - |
| Beverage Napkins | case | 1 | $ 17.84 | $ 17.84 |
| Bleach, Regular | case | 0.1 | $ 17.42 | $ 1.74 |
| Blue Ecolab | case | 0.5 | $ 89.11 | $ 44.56 |
| Butane Gas | case | | $ 40.58 | $ - |
| Comet Bleach Clorine | case | | $ 21.19 | $ - |
| Clear Plastic Cup | case | | $ 12.24 | $ - |
| Doilies 12" | case | | $ 18.19 | $ - |
| Dawn Detergent | case | 1 | $ 13.47 | $ 13.47 |
| Detergent Mach Ultra Klene | case | | $ 99.90 | $ - |
| Detergent Pot Pan Pink | gallon | | $ 4.98 | $ - |
| Coffee Filters | gallon | 2 | $ 6.54 | $ 13.08 |
| Floor Cleaner | Case | 0 | $ 15.38 | $ - |
| Foam Plates | case | | $ 40.06 | $ - |
| Grille Bricks | case | | $ 32.88 | $ - |
| Lemon Fresh Cleaner | case | | $ 14.69 | $ - |
| Latex Gloves | gallon | 0.1 | $ 7.19 | $ 0.72 |
| Hand Lotion | box | | $ 4.15 | $ - |
| Multifold Towel | case | | $ 21.68 | $ - |
| Meal Kit Plasticware | case | | $ 30.51 | $ - |
| Mop Head, cotton | case | | $ 39.60 | $ - |
| Oven/Grille Cleaner | gallon | | $ 7.58 | $ - |
| Plastic Film | case | 1 | $ 65.75 | $ 65.75 |
| Plastic Lids | case | 1 | $ 11.95 | $ 11.95 |
| Pine Sole | case | | $ 17.06 | $ - |
| Red Ecolab | case | 0.5 | $ 9.98 | $ 4.99 |
| Sterno | case | 0.6 | $ 14.25 | $ 8.55 |
| Scrubbs | case | 1 | $ 9.58 | $ 9.58 |
| Thank you Bags | case | | $ 17.24 | $ - |
| Tissue Toilet | case | 0.2 | $ 10.31 | $ 2.06 |
| To Go Boxes | case | 0.1 | $ 57.37 | $ 5.74 |
| Toothpick, Frill | case | | $ 12.98 | $ - |
| Trash Can Liners | case | 0.1 | $ 27.88 | $ 2.79 |
| Unwrapped Straws | case | | $ 13.58 | $ - |
| White Ecolab | case | 0.3 | $ 33.68 | $ 10.10 |
| Pie Containers | case | | $ 141.39 | $ - |
| Foil Wrap | case | 1 | $ 28.19 | $ 28.19 |
| SUPPLIES TOTAL | case | | $ 11.12 | $ - |
| | | | | $ 241.11 |

***TOTAL KITCHEN INVENTORY***              $ 3,430.62

Oakridge Country Club – Bar Inventory

|  |  | Unit Price | Bar | Storage | Total Count | Total Amount |
|---|---|---|---|---|---|---|
| **Beer** |  |  |  |  |  |  |
| 12 oz | Abita Amber | $1.44 | 1 | 36 | 37 | $ 53.28 |
| 12 oz | Blue Moon | $1.14 | 5 | 5 | 10 | $ 11.40 |
| 12 oz | Bud | $ 0.89 | 16 | 192 | 208 | $ 185.12 |
| 12 oz | Bud Lite | $ 0.89 | 26 | 180 | 206 | $ 183.34 |
| 12 oz | Coors Lite | $ 0.87 | 23 | 32 | 55 | $ 47.85 |
| 12 oz | Corona | $ 1.15 | 5 | 29 | 34 | $ 39.10 |
| 12 oz | Guiness Stout | $ 1.25 | 7 | 53 | 60 | $ 75.00 |
| 12 oz | Heineken | $ 1.25 | 11 | 29 | 40 | $ 50.00 |
| 12 oz | Michelob Ultra | $ 1.00 | 3 | 9 | 12 | $ 12.00 |
| 12 oz | Miller Lite | $ 0.87 | 20 | 26 | 46 | $ 40.02 |
| 12 oz | Shiner Bock | $ 0.89 | 15 | 45 | 60 | $ 53.40 |
| 12 oz | Molson golden | $ 0.77 | 0 | 12 | 12 | $ 9.24 |
| 12 oz | Guness | $ 1.25 |  |  | 0 | $ - |
|  | **Keg Beer** |  |  |  |  |  |
| Keg | Shiner Bock | $ 100.00 | 1 |  | 1 | $ 100.00 |
| Keg | Coors Lt | $ 89.40 |  |  | 0 | $ , |
| Keg | Amber Bock | $ 117.25 | 0.5 | 1.5 | 2 | $ 234.50 |
| Keg | Budlight | $ 89.40 | 1 |  | 1 | $ 89.40 |
| Keg | Miller Lite | $ 89.40 | 0.7 |  | 0.7 | $ 62.58 |
| **Total Beer** |  |  |  |  |  | $ 1,246.23 ✓ |
|  |  |  |  |  |  |  |
| **Wine** |  |  |  |  |  |  |
| **White Wines** |  |  |  |  |  |  |
| 750 mL | Frei Brothers Chard | $ 14.98 | 1 | 2 | 3 | $ 44.94 |
| 750 mL | La Crema Chard | $ 16.54 | 0.5 | 1 | 1.5 | $ 24.81 |
| 750 mL | Karia Chardonnay | $ 11.14 | 1 | 0 | 1 | $ 11.14 |
| 750 mL | Oakridge Chardonnay | $9.41 |  | 1 | 1 | $ 9.41 |
| 750 mL | Sutter Home | $4.79 |  | 0 | 0 | $ - |
| 750 mL | Helena Ranch Chardonnay | $ 4.45 | 1 | 0 | 1 | $ 4.45 |
| 750 mL | Smoking Loon Cabernet | $ 7.18 |  |  | 0 | $ - |
| 750 mL | Clos Du Bois | $25.98 |  | 1 | 1 | $ 25.98 |
| 750 mL | Greg Norman Pinot Noir | $12.11 |  |  | 0 | $ - |
| 750 mL | Greg Norman Chardonnay | $ 11.98 | 0.9 | 7 | 7.9 | $ 94.64 |
| 750 mL | Big House Red | $ 8.56 |  | 0 | 0 | $ - |
| 750 mL | Helena Ranch Cabernet | $ 4.45 | 0.5 | 0 | 0.5 | $ 2.23 |
| 750 mL | Helena Ranch Merlot | $ 4.45 |  | 0 | 0 | $ - |
| 750 mL | Oakridge OZV Zinfandel | $9.41 |  | 0 | 0 | $ - |
| 750 mL | Oakridge Pinot Noir | $9.41 | 12 | 0 | 12 | $ 112.92 |
| 750 mL | Oakridge Napa Red | $20.89 |  | 6 | 6 | $ 125.34 |
| 750 mL | Cooking White Wine | $ 11.97 |  |  | 0 | $ - |
| 750 mL | Cooking Red Wine | $ 11.97 |  |  | 0 | $ - |
| 750 mL | Marsala | $ 7.98 |  | 0 | 0 | $ - |
| 750 mL | Helena Ranch White Zinfandel | $ 4.17 |  | 0 | 0 | $ - |
| Misc Wine | Baret White Zinfandel | $ 5.83 | 1 |  | 1 | $ 5.83 |

|        |                          |          |      |     |      |           |
|--------|--------------------------|----------|------|-----|------|-----------|
|        |                          |          |      |     | 0    | $         |
| 750 mL | Martini & Rosi Red       | $ 4.99   | 0    |     | 0    | $         |
| 750 mL | Martini & Rosi White     | $ 4.99   | 1    | 2.1 | 3.1  | $ 15.47   |
| **Champagnes** |                  |          |      |     |      |           |
| 750 mL | Wycliff Brut             | $3.25    | 2    |     | 2    | $ 6.50    |
| 750 mL | Sparkling Grape Juice    | $ 3.21   | 0    | 0   | 0    | $ -       |
|        |                          |          |      |     |      |           |
| **Total Wine** |                  |          |      |     |      | $ 393.36  |
|        |                          |          |      |     |      |           |
| **Liquor** |                      |          |      |     |      |           |
| **Cordials** |                    |          |      |     |      |           |
| LT     | Amaretto Di Sorronno     | $ 23.50  | 0.5  | 1.5 | 2    | $ 47.00   |
| LT     | B&B                      | $ 35.20  | 0.8  |     | 0.8  | $ 28.16   |
| LT     | Bailey's Irish Creme     | $ 24.27  | 0.4  | 8   | 8.4  | $ 203.87  |
| LT     | Blackberry Brandy        | $ 8.11   |      | 0.7 | 0.7  | $ 5.68    |
| LT     | Blue Curacao             | $ 7.75   | 0.8  |     | 0.8  | $ 6.20    |
| LT     | Butterscotch Schnapps    | $ 9.18   | 0    | 1   | 1    | $ 9.18    |
| LT     | Chambord                 | $ 25.20  | 0    |     | 0    | $ -       |
| LT     | Christian Brothers Brandy| $ 10.95  |      | 0.7 | 0.7  | $ 7.67    |
| LT     | Crème de Almond          | $ 6.65   | 0.8  |     | 0.8  | $ 5.32    |
| LT     | Crème de Banana          | $ 7.54   |      | 0.2 | 0.2  | $ 1.51    |
| LT     | Crème de Coffee          | $ 7.15   |      | 1   | 1    | $ 7.15    |
| LT     | Crème de Menth - green   | $ 6.40   | 0.1  |     | 0.1  | $ 0.64    |
| LT     | Crème de Menthe -White   | $ 6.54   | 0.5  |     | 0.5  | $ 3.27    |
| LT     | Drambuie                 | $ 34.46  | 0.02 | 1   | 1.02 | $ 35.15   |
| LT     | Everclear                | $ 11.55  |      | 0   | 0    | $ -       |
| LT     | Frangelico               | $ 27.40  |      |     | 0    | $ -       |
| LT     | Godiva White Choc        | $ 26.64  | 0.5  | 1   | 1.5  | $ 39.96   |
| LT     | Grand Marnier            | $ 35.61  | 0    | 0   | 0    | $ -       |
| LT     | Hennesy VSOP             | $ 26.89  |      | 0   | 0    | $ -       |
| LT     | Irish Mist               | $ 19.77  | 0    | 0.5 | 1.5  | $ 29.66   |
| LT     | Kahlua                   | $ 23.20  | 0.4  | 3.4 | 0.8  | $ 18.56   |
| LT     | Orange Curacao           | $ 6.48   |      | 1   | 1    | $ 6.48    |
| LT     | Peach Brandy             | $ 9.09   |      | 0.7 | 0.7  | $ 6.36    |
| LT     | Peach Tree Schnapps      | $ 9.11   |      | 1   | 1    | $ 9.11    |
| LT     | Peppermint Schnapps      | $ 9.11   | 0    |     | 0    | $ -       |
| LT     | Raspberry Liquor Razzmatazz | $ 9.11 | 0.4  | 2   | 2.4  | $ 21.86   |
| LT     | Sambuca                  | $ 19.31  | 0.5  | 2   | 2.5  | $ 48.28   |
| LT     | Tia Maria                | $ 21.96  | 0.4  | 2   | 2.4  | $ 52.70   |
| LT     | Triple Sec               | $ 4.93   | 0    | 26  | 26   | $ 128.18  |
| LT     | Tuaca                    | $ 24.20  | 0.2  | 1   | 1.2  | $ 29.04   |
| LT     | Sour Apple Pucker        | $ 9.11   |      |     | 0    | $ -       |
| **Gin** |                         |          |      |     |      |           |
| LT     | Beefeater                | $ 22.24  | 0    |     | 0    | $ -       |
| LT     | Bombay Dry               | $ 20.90  | 0.8  | 0.8 | 1.6  | $ 33.44   |
| LT     | Bombay Sapphire          | $ 24.76  | 0    | 0   | 0    | $ -       |
| LT     | Rikaloff                 | $ 6.84   | 0    | 8   | 8    | $ 54.72   |
| LT     | Tanqueray                | $ 28.57  | 0.8  | 1   | 1.8  | $ 51.43   |
| **Tequila** |                      |          |      |     |      |           |
| LT     | Patron                   | $ 38.10  | 0    | 0   | 0    | $ -       |
| LT     | Cuervo Gold              | $ 18.61  | 1.2  | 0   | 1.2  | $ 22.33   |
| LT     | Rio Grande               | $ 18.17  |      |     | 0    | $ -       |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Rum** | | | | | | |
| LT | Bacardi Superior | $ 13.63 | 0.4 | 0 | 0.4 | $ 5.45 |
| 1.75 LT | Malibu Rum | $ 21.59 | 0.2 | 0 | 0.2 | $ 4.32 |
| LT | Myers Dark | $ 20.80 | 0.2 | 0 | 0.2 | $ 4.16 |
| LT | Ron Castillo Silver | $ 7.65 | 0 | 0 | 0 | $ |
| LT | Captain Morgans | $ 18.89 | 0.8 | 0 | 0.8 | $ 15.11 |
| **Bourbon** | Capitan Morgan Parrot Bay | $ 16.92 | | 0.8 | 0.8 | $ 13.54 |
| .750 ML | Basil Hayden | $ 28.53 | 0.4 | 5 | 5.4 | $ 154.06 |
| .750 ML | Bookers | $ 38.69 | 0.4 | | 0.4 | $ 15.48 |
| .750 ML | Blanton's | $ 43.11 | | 2 | 2 | $ 86.22 |
| LT | CC | $ 16.47 | 0 | 0 | 0 | $ |
| LT | Crown Royal | $ 29.72 | 0.5 | 0 | 0.5 | $ 14.86 |
| LT | Jack Daniels | $ 22.79 | 0 | 0 | 0 | $ |
| LT | Jagermifter | $ 31.28 | 0.1 | 2 | 2.1 | $ 65.69 |
| LT | Jamesons Irish | $ 26.48 | 0.8 | 0 | 0.8 | $ 21.18 |
| LT | Jim Beam | $ 15.32 | 0.2 | 2 | 2.2 | $ 33.70 |
| LT | Seagram 7 | $ 19.74 | 1 | 0 | 1 | $ 19.74 |
| LT | Seagram VO | $ 19.77 | 0.6 | 0.01 | 0.61 | $ 12.06 |
| LT | Southern Comfort | $ 17.29 | 0.5 | 3.4 | 3.9 | $ 67.43 |
| LT | Weller | $ 23.33 | 0.1 | 0 | 0.1 | $ 2.33 |
| 1.75 | Woodford Resv | $ 51.62 | 0.01 | 1 | 1.01 | $ 52.14 |
| LT | Woodford Resv Kent Durby | $ 31.61 | | 1 | 1 | $ 31.61 |
| LT | Wild Turkey 101 | $ 22.99 | 0.4 | 3 | 3.4 | $ 78.17 |
| LT | Kentucky Deluxe | $ 6.07 | 0.3 | 6 | 6.3 | $ 38.24 |
| LT | Makers Mark | $ 26.35 | 0 | 0 | 0 | $ |
| **Scotch** | | | | | | |
| LT | Famous Grouse | $ 22.59 | 0.5 | 2 | 2.5 | $ 56.48 |
| LT | Chivas Regal | $ 32.88 | 0.8 | 0 | 0.8 | $ 26.30 |
| LT | Dewars | $ 24.50 | 0 | | 0 | $ |
| LT | Glenfiddich | $ 40.55 | 0.4 | 0.4 | 0.8 | $ 32.44 |
| LT | Glenlivet | $ 40.15 | 0 | | 0 | $ |
| LT | Highland Mist | $ 7.70 | | 3 | 3 | $ 23.10 |
| LT | J&B | $ 25.32 | 0 | 0 | 0 | $ |
| LT | Johnny Walker Black | $ 37.63 | | 0 | 0 | $ |
| LT | Johnny Walker Red | $ 25.78 | 0 | 0 | 0 | $ |
| LT | Pinch | $ 28.35 | 0 | 1 | 1 | $ 28.35 |
| **Vodka** | | | | | | |
| LT | Absolut | $ 24.07 | 0 | 0.02 | 0.02 | $ 0.48 |
| LT | Skyy | $ 18.17 | 0 | 0 | 0 | $ |
| LT | Smirnoff | $ 14.46 | 0 | 0 | 0 | $ |
| LT | Stoli Peppar | $ 19.33 | | 0 | 0 | $ |
| LT | Stoli | $ 19.33 | 0 | | 0 | $ |
| LT | Kettle One | $ 24.51 | 0 | 0 | 0 | $ |
| LT | Grey Goose | $ 30.43 | | | 0 | $ |
| LT | Belvedere | $ 31.95 | 0 | 3 | 3 | $ 95.85 |
| 1.75 LT | McCormick Vodka | $ 11.28 | | 0.5 | 0.5 | $ 5.64 |
| **Total Liquor** | | | | | | $ 1,917.03 |
| **Bar Mixes** | | | | | | |
| LT | Ocean Spray Bloody M | $ 3.76 | | | 0 | $ |
| LT | Major Peter | $ 3.98 | | | 0 | $ |
| LT | Roses Grenadine | $ 4.32 | 0.8 | | 0.8 | $ 3.46 |
| LT | Diet Tonic | $ 1.50 | | 2 | 2 | $ 3.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LT | Roses Lime | $ 5.75 | 0 | 5.5 | 5.5 | $ 31.63 |
| LT | Zing Zang Bloody Mery Mix | $ 5.05 | 1.5 | 0 | 1.5 | $ 7.58 |
| LT | Pina Colada Mix | $ 4.37 | 0 | 0 | 0 | $ |
| LT | Peach Mix | $ 4.37 | 0 | 5 | 5 | $ 21.85 |
| LT | Finest Call Strawbery | $ 4.05 | 0 | 0 | 0 | $ |
| LT | Finest Call Margarita Mix | $ 4.05 | 0 | 0 | 0 | $ |
| | Perrier | $11.19 | | | 0 | $ |
| Total Bar Mixes | | | | | | $ 67.51 |
| Grand Total | | | | | | $3,624.12 |