Cash Basis Signature Page
Monthly Operating Report
CASH BASIS

| CASE NAME: | Oakridge Golf Club, LP. |
|---|---|
| CASE NUMBER: | 10-37258-hdh11 |
| JUDGE: | Harlin DeWayne Hale |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6

MONTHLY OPERATING REPORT

MONTH ENDING:   OCTOBER, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I
DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING
MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE
ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE
DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.  DECLARATION OF THE PREPARER
(OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH
PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____      General Partner
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

Jeff Silverstein                          11/19/2010
PRINTED NAME OF RESPONSIBLE PARTY      DATE


**PREPARER:**

_____      Accountant
ORIGINAL SIGNATURE OF PREPARER      TITLE

Anh-Tuan Tran                          11/19/2010
PRINTED NAME OF PREPARER      DATE

MOR for Cash Basis, Form 1
Monthly Operating Report

| CASE NAME: | Oakridge Golf Club, LP. | | CASH BASIS-1 |
|---|---|---|---|
| CASE NUMBER: | 10-37258-hdh11 | | |

| CASH RECEIPTS AND DISBURSEMENTS | DIP OCTOBER | CHASE OCTOBER | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 100.00 | $ 142.36 | | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | $ - | $ - | $ - | $ - |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 1,857.37 | $ 13,155.32 | $ - | $ - |
| 4. LOANS AND ADVANCES | $ - | $ - | $ - | $ - |
| 5. SALE OF ASSETS | $ - | $ - | $ - | $ - |
| 6. LEASE & RENTAL INCOME | $ - | $ - | $ - | $ - |
| 7. WAGES | $ - | $ - | $ - | $ - |
| 8. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 9. TOTAL RECEIPTS | $ 1,857.37 | $ 13,297.68 | $ - | $ - |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | $ - | $ - | $ - | $ - |
| 11. PAYROLL TAXES PAID | $ - | $ - | $ - | $ - |
| 12. SALES,USE & OTHER TAXES PAID | $ - | $ - | $ - | $ - |
| 13. INVENTORY PURCHASES | $ - | $ - | $ - | $ - |
| 14. MORTAGE PAYMENTS | $ - | $ - | $ - | $ - |
| 15. OTHER SECURED NOTE PAYMENTS | $ - | $ - | $ - | $ - |
| 16. RENTAL & LEASE PAYMENTS | $ - | $ - | $ - | $ - |
| 17. UTILITIES | $ - | $ - | $ - | $ - |
| 18. INSURANCE | $ - | $ - | $ - | $ - |
| 19. VEHICLE EXPENSES | $ - | $ - | $ - | $ - |
| 20. TRAVEL | $ - | $ - | $ - | $ - |
| 21. ENTERTAINMENT | $ - | $ - | $ - | $ - |
| 22. REPAIRS & MAINTENANCE | $ - | $ - | $ - | $ - |
| 23. SUPPLIES | $ - | $ - | $ - | $ - |
| 24. ADVERTSING | $ - | $ - | $ - | $ - |
| 25. HOUSEHOLD EXPENSES | $ - | $ - | $ - | $ - |
| 26. CHARITABLE CONTRIBUTIONS | $ - | $ - | $ - | $ - |
| 27. GIFTS | $ - | $ - | $ - | $ - |
| 28. OTHER (ATTACH LIST) (Bank Fees) | $ 20.95 | $ 515.00 | $ - | $ - |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 20.95 | $ 515.00 | $ - | $ - |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | $ - | $ - | $ - | $ - |
| 31. U.S. TRUSTEE FEES | $ - | $ - | $ - | $ - |
| 32. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 20.95 | $ 515.00 | $ - | $ - |
| 35. NET CASH FLOW | $ 1,836.42 | $ 12,782.68 | $ - | $ - |
| 36. CASH - END OF MONTH | $ 1,936.42 | $ 12,925.04 | $ - | $ - |

MOR for Cash Basis, Form 1
Monthly Operating Report
CASH BASIS-1A

# 2010

| CASE NAME: | Oakridge Golf Club, LP. |
|---|---|
| CASE NUMBER: | 10-37258-hdh11 |

CASH DISBURSEMENTS DETAIL          MONTH:  October, 2010

| CASH DISBURSEMENTS | | | |
|---|---|---|---|
| DATE | PAYEE | PURPOSE | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL CASH DISBURSEMENTS | | | $0.00 |

| BANK ACCOUNT DISBURSEMENTS | | | | |
|---|---|---|---|---|
| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |
| 6 |  |  |  |  |
| 7 |  |  |  |  |
| 8 |  |  |  |  |
| 9 |  |  |  |  |
| 11 |  |  |  |  |
| 15 |  |  |  |  |
| 16 |  |  |  |  |
| 17 |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | TOTAL BANK ACCOUNT DISBURSEMENTS | | | $    - |

| TOTAL DISBURSEMENTS FOR THE MONTH | $    - |
|---|---|

**MOR for Cash Basis, Form 2**
Monthly Operating Report

| CASE NAME: | Oakridge Golf Club, LP. | CASH BASIS-2 |
|---|---|---|
| CASE NUMBER: | 10-37258-hdh11 | |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A. BANK | Bank of the Ozarks | Chase | | |
| B. ACCOUNT NUMBER | 2220022038 | | | TOTAL |
| C. PURPOSE (TYPE): | DIP acct | Checking | | |
| 1. BALANCE PER BANK STATEMENT | $ 1,936.42 | $ 12,782.68 | $ - | $ 14,719.10 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ - | $ - | $ - | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ - | $ - | $ - | $ - |
| 4. OTHER RECONCILING ITEMS | $ - | $ - | $ - | $ - |
| 5. MONTH END BALANCE PER BOOKS | $ 1,936.42 | $ 12,782.68 | $ - | $ 14,719.10 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 0 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11. TOTAL INVESTMENTS | | | $0.00 | $0.00 |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $0.00 |

| 13. TOTAL CASH - END OF MONTH | $ 14,719.10 |
|---|---|

Case 10-37258-hdh11   Doc 18   Filed 11/22/10   Entered 11/22/10 18:43:34   Desc Main
Document      Page 5 of 9

MOR for Cash Basis, Form 3
Monthly Operating Report

| CASE NAME: | Oakridge Golf Club, LP. | | | CASH BASIS-3 |
|---|---|---|---|---|
| CASE NUMBER: | 10-37258-hdh11 | | | |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH October | MONTH | MONTH |
| 1 | $ - | $ - | $ - | $ - |
| 2 | $ - | $ - | $ - | $ - |
| 3 | $ - | $ - | $ - | $ - |
| 4. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 5. TOTAL REAL PROPERTY ASSETS | $ 1,730,000.00 | $ 1,730,000.00 | $ - | $ - |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | $ 400.00 | $ - | $ - | $ - |
| 2. CHECKING, SAVINGS, ETC. | $ 398.18 | $ 12,782.68 | $ - | $ - |
| 3. SECURITY DEPOSITS | $ - | $ - | $ - | $ - |
| 4. HOUSEHOLD GOODS | $ - | $ - | $ - | $ - |
| 5. BOOKS, PICTURES, ART | $ - | $ - | $ - | $ - |
| 6. WEARING APPAREL | $ - | $ - | $ - | $ - |
| 7. FURS AND JEWELRY | $ - | $ - | $ - | $ - |
| 8. FIREARMS & SPORTS EQUIPMENT | $ - | $ - | $ - | $ - |
| 9. INSURANCE POLICIES | $ - | $ - | $ - | $ - |
| 10. ANNUITIES | $ - | $ - | $ - | $ - |
| 11. RETIREMENT & PROFIT SHARING | $ - | $ - | $ - | $ - |
| 12. STOCKS | $ - | $ - | $ - | $ - |
| 13. PARTNERSHIPS & JOINT VENTURES | $ - | $ - | $ - | $ - |
| 14. GOVERNMENT & CORPORATE BONDS | $ - | $ - | $ - | $ - |
| 15. ACCOUNTS RECEIVABLE | $ 126,739.85 | $ 111,727.16 | $ - | $ - |
| 16. ALIMONY | $ - | $ - | $ - | $ - |
| 17. OTHER LIQUIDATED DEBTS | $ - | $ - | $ - | $ - |
| 18. EQUITABLE INTERESTS | $ - | $ - | $ - | $ - |
| 19. CONTINGENT INTERESTS | $ - | $ - | $ - | $ - |
| 20. OTHER CLAIMS | $ - | $ - | $ - | $ - |
| 21. PATENTS & COPYRIGHTS | $ - | $ - | $ - | $ - |
| 22. LICENSES & FRANCHISES | $ - | $ - | $ - | $ - |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | $ - | $ - | $ - | $ - |
| 24. BOATS & MOTORS | $ - | $ - | $ - | $ - |
| 25. AIRCRAFT | $ - | $ - | $ - | $ - |
| 26. OFFICE EQUIPMENT | $ 100,360.00 | $ 100,360.00 | $ - | $ - |
| 27. MACHINERY, FIXTURES & EQUIPMENT | $ 39,185.00 | $ 39,185.00 | $ - | $ - |
| 28. INVENTORY | $ 10,935.81 | $ 10,935.81 | $ - | $ - |
| 29. ANIMALS | $ - | $ - | $ - | $ - |
| 30. CROPS | $ - | $ - | $ - | $ - |
| 31. FARMING EQUIPMENT | $ - | $ - | $ - | $ - |
| 32. FARM SUPPLIES | $ - | $ - | $ - | $ - |
| 33. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 34. TOTAL PERSONAL PROPERTY ASSETS | $ 278,018.84 | $ 274,990.65 | $ - | $ - |
| 35. TOTAL ASSETS | $ 2,008,018.84 | $ 2,004,990.65 | $ - | $ - |

MOR for Cash Basis, Form 4
Monthly Operating Report

| CASE NAME: | Oakridge Golf Club, LP. |
|---|---|
| CASE NUMBER: | 10-37258-hdh11 |

CASH BASIS-4

MONTH: October, 2010

| LIABILITIES OF THE ESTATE | | |
|---|---|---|
| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
| 1. SECURED | $ 4,376,082.26 | $ - |
| 2. PRIORITY | $ 220,921.64 | $ - |
| 3. UNSECURED | $ 2,963,920.25 | $ - |
| 4. OTHER (ATTACH LIST) | $ - | |
| 5. TOTAL PREPETITION LIABILITIES | $ 7,560,924.15 | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | $ - | | $ - |
| 2. FICA/MEDICARE | | $ - | | $ - |
| 3. STATE TAXES | | $ - | | $ - |
| 4. REAL ESTATE TAXES | | $ - | | $ - |
| 5. OTHER TAXES (ATTACH LIST) | | $ - | | $ - |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDE TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7 | | $ - | | $ - |
| 8 | | $ - | | $ - |
| 9 | | $ - | | $ - |
| 10 | | $ - | | $ - |
| 11 | | $ - | | $ - |
| 12 | | $ - | | $ - |
| 13 | | $ - | | $ - |
| 14 | | $ - | | $ - |
| 15 | | $ - | | $ - |
| 16 | | $ - | | $ - |
| 17 | | $ - | | $ - |
| 18 | | $ - | | $ - |
| 19 | | $ - | | $ - |
| 20 | | $ - | | $ - |
| 21 | | $ - | | $ - |
| 22 | | $ - | | $ - |
| 23 | | $ - | | $ - |
| 24 | | $ - | | $ - |
| 25 | | $ - | | $ - |
| 26 | | $ - | | $ - |
| 27 | | $ - | | $ - |
| 28 | | $ - | | $ - |
| 29. (IF ADDITIONAL ATTACH LIST) | | $ - | | $ - |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $0.00 | | $0.00 |

MOR for Cash Basis, Form 4A
Monthly Operating Report
## CASH BASIS-4A

| CASE NAME: | Oakridge Golf Club, LP. |
|---|---|
| CASE NUMBER: | 10-37258-hdh11 |

MONTH:   October, 2010

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 - | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ 126,739.65 | $ 111,727.16 | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTABLE | $ 88,717.76 | $ 106,140.80 | $ - | $ - |
| 7. ACCOUNTS RECEIVABLE (NET) | $ 38,021.90 | $ 5,586.36 | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | |
|---|---|---|---|---|
| TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
| 1. FEDERAL | | | | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | $0.00 | $0.00 | $0.00 | $0.00 |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | | | | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | | | | $ - |
| 16. TOTAL TAXES | $0.00 | $0.00 | $0.00 | $ - |

**MOR for Cash Basis, Form 5**
Monthly Operating Report

CASH BASIS-5

| CASE NAME: | Oakridge Golf Club, LP. |
|---|---|
| CASE NUMBER: | 10-37258-hdh11 |

MONTH: October, 2010

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $0.00 | $0.00 | $0.00 | $0.00 |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1 | | | $ - |
| 2 | | | $ - |
| 3 | | | $ - |
| 4 | | | $ - |
| 5 | | | $ - |
| 6. TOTAL | $ - | $ - | $ - |

MOR for Cash Basis, Form 1
Monthly Operating Report
CASH BASIS-6
**2010**

CASE NAME: Oakridge G

CASE NUMBER: 10-37258-h

MONTH: October, 2010

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1 | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | x |
| 2 | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | |
| 3 | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | x |
| 4 | HAVE ANY PAYMENTS BEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | x |
| 5 | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | x |
| 6 | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | x |
| 7 | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | x |
| 8 | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | x |
| 9 | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | x |
| 10 | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | x |
| 11 | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | x |
| 12 | ARE ANY WAGE PAYMENTS PAST DUE? | | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1 | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | |
| 2 | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | |
| 3 | PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTINS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Fire, Gen. Liability | | | |
| | | | |
| | | | |
| | | | |
| | | | |