

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed January 03, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| OAKRIDGE GOLF CLUB, L.P., | § § | CASE NO. 10-37258 |
| | § | CHAPTER 11 |
| DEBTOR. | § § | |

**ORDER ON MOTION TO CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7**

CAME ON FOR CONSIDERATION BY THE COURT the Motion to Convert Case from Chapter 11 to Chapter 7 filed by Oakridge Golf Club, L.P., the Debtor in the above-styled and numbered bankruptcy case and the Court having considered same, grants same; it is accordingly,

ORDERED, ADJUDGED AND DECREED that the above-styled and numbered case is converted from Chapter 11 to Chapter 7 of the Bankruptcy Code.

### END OF ORDER ###