



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

**Signed January 06, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| OAKRIDGE GOLF CLUB, L.P., | § | CASE NO: 10-37258 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### ORDER ON DEBTOR'S
### APPLICATION TO EMPLOY COUNSEL

On this day, came on for consideration the Application to Employ Counsel filed by Oakridge Golf Club, L.P., (the "Debtor"), seeking approval of the Court to allow Joyce W. Lindauer, and Jonathan Gitlin (collectively referred to as "Counsel") to represent the Debtor, as more particularly set forth in the Application and Affidavits on file in this matter. No objection to the Application has been filed. Debtor and Counsel have represented to this Court that Counsel holds or represents no interest adverse to the Debtor or the Debtor's estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that Debtor is authorized to employ Counsel as Attorney for Debtor pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that Counsel shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof, and it is further

ORDERED that this employment shall be effective as of October 13, 2010.

###END OF ORDER###