Deirdre Carey Brown (SBN 24049116)
McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1111 Louisiana Street, Suite 4500
Houston, Texas 77002-5052
dbrown@mcginnislaw.com
(713) 615-8500
(713) 615-8585  FAX
COLONIAL PACIFIC LEASING CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| OAKRIDGE GOLF CLUB, L.P., | § | CASE NO. 10-37258 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears for Colonial Pacific Leasing Corporation, a party in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by Colonial Pacific Leasing Corporation to accept service of process on behalf of Colonial Pacific Leasing Corporation.

Respectfully Submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
1221 McKinney Street, Suite 3200
Houston, Texas 77010
(713) 615-8500
(713) 615-8585  FAX

By: /s/ Deirdre Carey Brown
Deirdre Carey Brown (SBN 24049116)
ATTORNEYS FOR
COLONIAL PACIFIC LEASING CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance has been served on the Debtor's counsel via ecf.

/s/ Deirdre Carey Brown
_____
Deirdre Carey Brown